UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others Similarly Situated,<br>        Plaintiffs,<br><br>    v.<br><br>INOTIV, INC., *et al.*,<br>        Defendants. | )<br>)<br>)<br>)<br>)   CAUSE NO. 4:22-CV-45-PPS-JEM<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on a Stipulation and [Proposed] Order [DE 5], filed by the parties on July 27, 2022. The parties request that the action be stayed pending appointment of lead plaintiff and approval of lead counsel.

Upon review of the instant Motion and noting the agreement of the parties, the Court hereby **GRANTS** the relief requested in the Stipulation and [Proposed] Order [DE 5] and **ORDERS** that this matter is **STAYED** pending the appointment of a lead plaintiff and approval of lead counsel. The Court **ORDERS** the parties to file a status report on those issues on or before **September 27, 2022**.

SO ORDERED this 29th day of July, 2022.

                                              s/ John E. Martin
                                              MAGISTRATE JUDGE JOHN E. MARTIN
                                              UNITED STATES DISTRICT COURT

cc:      All counsel of record