## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>                Defendants. | Case No.: 4:22-cv-00045-PPS-JEM<br><br>CLASS ACTION |

## MOTION OF ROWENA OCHOA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Rowena Ochoa ("Movant") hereby moves for an order: (1) appointing Movant as lead plaintiff in the Action pursuant to the Private Securities Litigation Reform Act of 1995 ("PLSRA"); and (2) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel and RileyCate, LLC as Liaison Counsel.

DATED: August 22, 2022

Respectfully Submitted,

**RILEYCATE, LLC**

*/s/ William N. Riley*
William N. Riley
11 Municipal Drive, Suite 320
Fishers, Indiana 46038
Tel: (317) 588-2866
Fax: (317) 458-1785
Email: wriley@rileycate.com

*Proposed Liaison Counsel for Lead Plaintiff Movant and the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice* forthcoming)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Proposed Lead Counsel for Lead Plaintiff
Movant and the Class*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

Dated: August 22, 2022

<i>/s/ William N. Riley</i>
William N. Riley