## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>Defendants. | Case No.: 4:22-cv-00045-PPS-JEM<br><br>CLASS ACTION |

**DECLARATION OF WILLIAM N. RILEY IN FURTHER SUPPORT OF THE MOTION OF ROWENA OCHOA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, William N. Riley, hereby declare as follows:

1.      I am an attorney of the law offices of RileyCate, LLC. I am a member in good standing of the bar of Indiana.

2.      I submit this Declaration, together with the attached exhibit, in further support of the Motion of Rowena Ochoa ("Movant") to appoint her to serve as lead plaintiff on behalf of the Class and to approve her selection of Levi & Korsinsky, LLP as Lead Counsel and RileyCate, LLC as Liaison Counsel for the Class.

3.      I am fully familiar with the facts set forth herein.

4.      Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant attesting to her transactions in Inotiv, Inc. ("Inotiv" or the "Company") securities during the Class Period.

5.      Attached hereto as **Exhibit B** is a true and correct copy of loss chart detailing the losses sustained by Movant.

6.      Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on June 23, 2022.

7.      Attached hereto as **Exhibit D** is a true and correct copy of Movant's declaration.

8.      Attached hereto as **Exhibit E** are true and correct copies of the firm résumés of Levi & Korsinsky, LLP and RileyCate, LLC.


Executed this 22nd day of August, 2022          */s/ William N. Riley*
                                                 William N. Riley

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

Dated: August 22, 2022

*/s/ William N. Riley*
William N. Riley
