# EXHIBIT B

| Client Name | Rowena Ochoa |
|---|---|
| Company Name | Inotiv, Inc. |
| Ticker Symbol | NOTV |
| Security Type | |
| Class Period Start | 09-21-2021 |
| Class Period End | 06-13-2022 |
| 90-DAY Lookback Period Start | 06-14-2022 |
| 90-DAY Lookback Period End | 08-22-2022 |
| 90-DAY Lookback Average | $ 15.64 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| LIFO Loss Total | $8,635.93 |
| DURA LIFO* Total | $8,635.93 |
| Gross Shares Purchased | 850 |
| Net Shares Retained | 0 |
| Net Funds Expended | $8,635.93 |

### Rowena Ochoa

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-31-2022 | 23 | 25.94 | $ 596.62 | 04-13-2022 | 23 | | $ 26.75 | $ 615.25 | - | - | - | $ 15.64 | | -$ 18.63 | -$ 18.63 |
| 03-31-2022 | 827 | 25.94 | $ 21,452.38 | 05-31-2022 | 827 | | $ 15.48 | $ 12,797.83 | - | - | - | $ 15.64 | | $ 8,654.56 | $ 8,654.56 |
| **Total:** | **850** | | **$22,049.00** | | **850** | | | **$13,413.08** | | | | | | **$8,635.93** | **$8,635.93** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.
2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.