UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>Defendants. | Case No: 4:22-cv-00045-PPS-JEM<br><br>**Judge Philip P. Simon**<br><br>**CLASS ACTION** |

**NOTICE OF MOTION AND MOTION OF SERGIO GROBLER TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Sergio Grobler ("Movant") hereby moves this Court, the Honorable Philip P. Simon, on a date and at a time to be designated by the Court, for an order:

(a)   appointing Movant to serve as Lead Plaintiff in this action; and

(b)   approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Williams & Piatt, LLC as Liaison Counsel for the putative class.

In support of this Motion, Movants submit: (i) the Memorandum of Law dated August 22, 2022; (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel; and (iii) the Declaration of Brad A. Catlin in Support of the Motion of Sergio Grobler for Appointment as Lead Plaintiff and Approval of His Selection of Counsel (and exhibits).

1

Dated: August 22, 2022								Respectfully submitted,


											*/s/ Brad A. Catlin*
											Brad A. Catlin, Atty. No. 21570-29
											WILLIAMS & PIATT, LLC
											1101 North Delaware Street
											Indianapolis, IN 46202
											317.633.5270
											F: 317.426.3348
											brad@williamspiatt.com

											*[Proposed] Liaison Counsel for*
											*Lead Plaintiff and Class*

											**THE ROSEN LAW FIRM, P.A.**
											Phillip Kim, Esq. (pro hac vice to be filed)
											Laurence M. Rosen, Esq. (pro hac vice to be filed)
											275 Madison Avenue, 40th Floor
											New York, NY 10016
											Telephone: (212) 686-1060
											Fax: (212) 202-3827
											Email: pkim@rosenlegal.com
											         lrosen@rosenlegal.com

											*[Proposed] Lead Counsel for*
											*Lead Plaintiff and Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brad A. Catlin*