UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>Defendants. | Case No: 4:22-cv-00045-PPS-JEM<br><br>**Judge Philip P. Simon**<br><br>**CLASS ACTION** |

## DECLARATION OF BRAD A. CATLIN IN SUPPORT OF THE MOTION OF SERGIO GROBLER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL

Brad A. Catlin hereby declares as follows:

1. I am an attorney with Williams & Piatt, LLC, proposed Liaison Counsel in this action. I have personal knowledge of the facts set forth herein. I make this declaration in support of the motion of Sergio Grobler ("Movant") for appointment as Lead Plaintiff for the Class and approval of Lead Plaintiff's selection of The Rosen Law Firm, P.A. as Lead Counsel and Williams & Piatt, LLC as Liaison Counsel for the Class.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3. Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4. Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5. Attached hereto as Exhibit 4 is a copy of the firm resume of The Rosen Law Firm, P.A.

1

6. Attached hereto as Exhibit 5 is a copy of the firm resume of Williams & Piatt, LLC.

7. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2022.

*/s/ Brad A. Catlin*
Brad A. Catlin

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

      */s/ Brad A. Catlin*