# EXHIBIT 2

## CERTIFICATION AND AUTHORIZATION

I, Sergio Grobler ("Plaintiff"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint in this matter and authorize its filing.

2. I did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Inotiv, Inc common stock during the Class Period are set forth below:

| Date | Transaction | Shares | Price |
|---|---|---|---|
| 02/22/22 | Purchase | 200 | $25.17 |

5. Plaintiff has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*

6. Plaintiff has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

   *Grobler v. Golden Star Res. Ltd.*, No. 2:20-cv-03047 (C.D. Cal.)

   *Grobler v. Anaplan, Inc.*, No. 3:20-cv-05959 (N.D. Cal.)

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of June, 2022.

Sergio Grobler