# EXHIBIT 3

**Inotiv, Inc. Loss Chart**
**Class Period: September 21, 2021 through June 13, 2022**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sergio Grobler | 2/22/2022 | 200 | ($25.17) | ($5,034.00) | | | | | 200 | $3,119.52 | ($1,914.48) |

**Lookback Price**

$15.60