# EXHIBIT 5



1101 North Delaware Street
Indianapolis, IN 46202
T: 317 | 633 | 5270    F: 317 | 426 | 3348
www.williamspiatt.com

Williams & Piatt, LLC ("WP") is located in Indianapolis, Indiana and devotes 100% of its practice to litigation, with a substantial portion of its practice specifically devoted to class-action litigation. WP has been able to obtain substantial results on behalf of its clients.

## REPRESENTATIVE TRIAL EXPERIENCE

Williams & Piatt and its attorneys have been able to obtain very favorable results in many actions, including:

- Mr. Catlin was class counsel in *Barfield v. Sho-Me Power Electric Cooperative*, a certified Missouri landowner class action arising from installation of fiber optic cable along electric transmission lines without obtaining proper easements. That case resulted in a settlement with one defendant of $6.5 million, and has twice been tried to a jury against a different defendant, resulting in verdicts of over $79 million (in 2015) and over $130 million (in 2017).

- Mr. Catlin represented the plaintiff in *Gumwood HP Shopping Partners, L.P. v. Simon Property Group, Inc.*, an antitrust claim by a real estate developer headquartered in South Bend against Simon Property Group. The case was tried to a jury over three weeks in June 2018 and resulted in a verdict for my client for $2.4 million.

- Mr. Catlin represented a roofing contractor in *State Farm Fire & Casualty Company v. Radcliff*, a case involving crossclaims between an insurance company and the roofing contractor. After a jury trial that took almost six weeks, the jury rendered a verdict for my client for $14.5 million.

- Mr. Catlin represented a company in a complex legal malpractice trial against one of Indiana's largest law firms, obtaining a judgment totaling $930,000.00.

- Mr. Catlin represented the plaintiffs in *Marten v. Swain*, a federal civil rights action against representatives of the Indiana Attorney General's office and the Indiana Department of Revenue. This case was settled in 2017 for $3 million.

Both Mr. Catlin and the rest of WP's attorneys have additional and extensive trial experience.

1



1101 North Delaware Street
Indianapolis, IN 46202
T: 317 | 633 | 5270    F: 317 | 426 | 3348
www.williamspiatt.com

## REPRESENTATIVE CLASS ACTION EXPERIENCE

- Mr. Catlin was class counsel in the *Barfield* case discussed above.

- Mr. Catlin served as class counsel in *Maas v. Penn Central Corp.*, a certified Ohio landowner class action arising from the sale by Penn Central of abandoned railroad right-of-way.

- Mr. Catlin was appointed as class counsel in *Kartman v. State Farm Mutual Automobile Insurance Co.*, a class action against an insurer for its hail adjustment policies and practices following a 2006 hailstorm in Central Indiana.

- WP was co-lead counsel successfully representing more than 30 individual state classes against various telecommunications companies for the unauthorized laying of co-axial able in both abandoned and active rights away. The value of the fund created for the class members will total approximately $120 million.

- WP represented a certified class of third party payors in litigation regarding unlawful and excessive drug pricing in the Celebrex multi-district litigation, *Sheet Metal Workers Local No. 20 Welfare and Benefit Fund, et al. v. Pfizer, Inc., et al.*, Case No. M:05-CV-01699-CRB. This matter settled for $89 million. WP served on the Settlement Allocation Committee in for the litigation.

- WP also served as a member of the Purchase Claims Committees for *In Re: VIOXX Prod. Liab. Litig.*, MDL No. 1657. This case resulted in a $65 million settlement

- WP successfully represented classes of landowners in *Hinshaw v. AT&T Corp*, Civil Action No. 1P99-0549-CT/9 (S.D. Ind.); *Firestone v. APU*, Cause No. 29D03-9210-CP-500 (Boone County, Ind.); *Consol. Rail Corp. v. Lewellen*, 682 N.E.2d 779 (Ind. 1997); *CSX Transp., Inc., v. Clark*, 646 N.E.2d 1003 (Ind. Ct. App. 1995); *Dickerson v. Worldcom*, Cause No. IP 96-1311-C-M/S (S.D. Ind.); *Hash v. United States*, Civil Action No. CV99- 324-S-MHW (D. Id.); and, *Schneider v. United States*, Civil Action No. 6:99-CV-451 (E.D. Tex.).

- WP served as lead counsel in *Robertson, et al. v. Farmers Union Mutual Insurance Company, Inc.*, Case No. CV-2008-217 (Pope County, Arkansas Circuit Court). WP successfully defended the trial court's class certification decision before the Arkansas Supreme Court. This case was successfully settled after the Arkansas Supreme Court affirmed the trial court's decision.

2



1101 North Delaware Street
Indianapolis, IN 46202
T: 317 | 633 | 5270    F: 317 | 426 | 3348
www.williamspiatt.com

- WP served as co-lead counsel in *In re RC2 Toy Lead Paint Prod. Liab.* Litig., MDL No. 1893 (N.D. Ill.), which resulted in a successful class-wide settlement.

- WP served as class counsel for a certified class of Indiana consumers in *Thacker, et al. v. Cape Canaveral, et al.*, Cause No. 49D03-0207-CT-001148 (Superior Court of Marion County, Indiana), which resulted in a successful class-wide settlement.

## WP's Attorneys

**BRAD A. CATLIN.** Brad Catlin has a broad range of experience representing individuals and businesses seeking compensation in complex litigation. Mr. Catlin focuses his practice on trial work in complex actions, including legal malpractice, civil rights cases, antitrust, complex commercial disputes, and class-action litigation.

Mr. Catlin has experience in all stages of class action litigation, successfully handling all aspects of class certification, including the briefing, arguing, and obtaining of class certification in the trial court, and protecting a successful class certification on appeal. He has also had the rare experience of trying class action cases to a jury on multiple occasions.

Mr. Catlin has been recognized as an Indiana Super Lawyers Rising Star and writes a column for the Verdict, the quarterly publication of the Indiana Trial Lawyers. He is also a frequent speaker for a variety of legal organizations, including the Indianapolis Law Club and the Indiana Trial Lawyers Association.

**JOSEPH N. WILLIAMS.** Joe Williams focuses his practice on trial work and class actions. He gave the closing arguments after a six-week jury trial against State Farm, resulting in a $14.5 million verdict for his client. Mr. Williams was also recently lead trial counsel in a breach of contract case that resulted in a $230,000.00 jury verdict. In addition, last year he also recovered $1.2 million for a client that was severely injured by a defective product. He handles all types of trial work, ranging anywhere from personal injury to complex business disputes to products liability.

Mr. Williams also practices class action litigation. He has experience in all stages of class action litigation, maintaining a strong focus on the class certification procedure. He has successfully handled all aspects of class certification, including the briefing, arguing, and obtaining of class certification in the trial court, and protecting a successful class certification decision in the Court of Appeals and state Supreme Court.



1101 North Delaware Street
Indianapolis, IN 46202
T: 317 | 633 | 5270    F: 317 | 426 | 3348
www.williamspiatt.com

**JAMES PIATT.** James Piatt practice focuses on business litigation, class action litigation and civil litigation. In May and June 2011, Mr. Piatt examined and cross-examined the majority of witnesses during a 6-week jury trial which resulted in a $14.5 million verdict for the client. And on May 4, 2012, Mr. Piatt gave the closing argument in a breach of contract suit in Knox County and the jury awarded former Vincennes University (VU) head basketball coach Dan Sparks $230,000 for his breach of contract claim against VU. Mr. Piatt is currently class-counsel in a nationwide antitrust matter in the Northern District of Texas.

**RONALD J. WAICUKAUSKI.** Ron Waicukauski is a trial lawyer whose practice focuses on plaintiffs' complex litigation including matters involving business disputes, property rights, professional malpractice, and class actions. He has tried more than seventy jury cases to verdict as lead counsel in both state and federal courts. He has been recognized in Best Lawyers in America (2006-2018) and Indiana Super Lawyers (2004-2018) and with an AV Rating from Martindale-Hubbell. Mr. Waicukauski was also selected for the Indiana Lawyer 2016 Leadership in Law Distinguished Barrister Award.

Mr. Waicukauski received his bachelor degree with Distinction from Northwestern University, his J.D. degree from Harvard University where he was named Best Oralist in the Ames Moot Court Competition, and an LL.M. degree, with Highest Honors, from George Washington University. He has taught trial and appellate advocacy at the Indiana University Schools of Law in Bloomington and Indianapolis, and has served on the faculties of the National Institute of Trial Advocacy and the Defense Counsel Trial Academy.

Mr. Waicukauski has also served as President of the Indianapolis American Inn of Court, as Chair of the Continuing Legal Education Board of the International Association of Defense Counsel, and as Co-chair of the Training the Advocate Committee, Litigation Section, American Bar Association. He formerly was a JAG and Captain in the U.S. Marine Corps and served as the elected Prosecuting Attorney in Monroe County, Indiana.

**CAROL NEMETH JOVEN.** Carol Joven is a trial lawyer whose practice focuses on plaintiffs' complex litigation including matters involving business disputes, property rights, professional malpractice, and class actions

Ms. Joven has extensive trial and appellate experience and is an active member of the local legal community.