# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| SERGIO GROBLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>Defendants. | Case No. 4:22-cv-00045-PPS-JEM |

## MOTION OF OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL

Oklahoma Police Pension and Retirement System ("Oklahoma Police"), by and through its counsel, respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Pub. L. 104-67, 109 Stat. 737, and for an Order: (i) appointing Oklahoma Police as Lead Plaintiff; and (ii) approving its selection of Berman Tabacco as Lead Counsel and Cohen & Malad, LLP as Liaison Counsel for the proposed Class.

This motion is made on the grounds that the Oklahoma Police is the most adequate plaintiff, as defined by the PSLRA, based on its financial interest in this litigation. In addition, Oklahoma Police satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as its claims are typical of the other members of the Class and they will fairly and adequately represent the Class. Further, Oklahoma Police has selected and retained counsel with substantial experience in prosecuting securities fraud class actions to serve as Lead Counsel for the Class.

In support of its motion, Oklahoma Police respectfully submits herewith: (1) the Memorandum of Law in Support of the Motion of Oklahoma Police for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel; (2) the Declaration of Patrick T. Egan in Support of the Motion of Oklahoma Police for Appointment as Lead Plaintiff and Approval of Lead Counsel (with supporting exhibits); and (3) a (Proposed) Order.

DATED: August 22, 2022

**COHEN & MALAD, LLP**

*/s/ Scott D. Gilchrist*
Scott D. Gilchrist, No. 16720-53
Richard E. Shevitz, No. 12007-49
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 214-0321
Facsimile: (317) 636-2593
Email: sgilchrist@cohenandmalad.com
   rshevitz@cohenandmalad.com

*Proposed Liaison Counsel for the Proposed Class*

and

**BERMAN TABACCO**

Patrick T. Egan (*pro hac vice* forthcoming)
Steven J. Buttacavoli
Christina L. Gregg
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com
   sbuttacavoli@bermantabacco.com
   cgregg@bermantabacco.com

*Counsel for Movant Oklahoma Police Pension and Retirement System and Proposed Lead Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of August, 2022, a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system.

Dated: August 22, 2022

> */s/ Scott D. Gilchrist*
> Scott D. Gilchrist