# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| SERGIO GROBLER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>        Defendants. | Case No. 4:22-cv-00045-PPS-JEM |

### DECLARATION OF PATRICK T. EGAN IN SUPPORT OF THE MOTION OF OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

I, Patrick T. Egan, under the pains and penalties of perjury declare and say:

    1.    I am a partner in the law firm of Berman Tabacco. I submit this declaration in support of the Motion of the Oklahoma Police Pension and Retirement System ("Oklahoma Police") for appointment as Lead Plaintiff and approval of its selection of Berman Tabacco as Lead Counsel.

    2.    Attached hereto as **Exhibit 1** is a true and accurate copy of the notice published through *PR Newswire*, a national business-oriented wire service, by the Rosen Law Firm, P.A., on June 23, 2022.

    3.    Pursuant to Section 21D(a)(2) of the Exchange Act, 15 U.S.C. §78u-4(a)(2), attached hereto as **Exhibit 2** is a true and correct copy of the Certification on behalf of Oklahoma Police pursuant to the Private Securities Litigation Reform Act of 1995 ("Oklahoma Police

Certification"). A table showing the Oklahoma Police's Class Period trading in Inotiv securities is attached to Oklahoma Police's Certification.

4. OPPRS suffered losses on its transactions in Inotiv securities during the Class Period. Attached hereto as **Exhibit 3** is a table, prepared by counsel, calculating Oklahoma Police's losses.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the firm resume of Berman Tabacco.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the firm resume of Cohen & Malad, LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of August, 2022, in Boston, Massachusetts.

*/s/ Patrick T. Egan*
Patrick T. Egan