# EXHIBIT 2

# CERTIFICATION OF MOVANT OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM PURSUANT TO FEDERAL SECURITIES LAW

I, Ginger Sigler, Executive Director of Oklahoma Police Pension and Retirement System ("Oklahoma Police"), hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the class action complaint in the United States District Court for the Northern District of Indiana in this matter captioned *Grobler v. Inotiv, Inc., et al*, 4:22-cv-00045 (N.D. Ind.).

2. Oklahoma Police has authorized Berman Tabacco to file a motion for appointment as lead plaintiff and appointment of counsel on its behalf in this litigation.

3. Oklahoma Police did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws.

4. Oklahoma Police is willing to serve as a representative party on behalf of the class, understands the duties of a lead plaintiff and is willing to provide testimony at deposition and trial, if necessary.

5. Oklahoma Police's transactions in the securities that are the subject of this action are set forth in Exhibit A, appended to this certification. Other than those transactions set forth in Exhibit A, Oklahoma Police has engaged in no transactions during the class period in the securities that are the subject of this action.

6. During the three-year period preceding the date of this certification, Oklahoma Police has sought to serve and was appointed lead plaintiff or a representative party on behalf of a class under the federal securities laws in the following matters:

- *In re PlayAGS Inc. Sec. Litig.*, No. 20-cv-01290 (D. Nev.)
- *Oklahoma Police Pension & Ret. System v. Sterling Bancorp Inc.*, No. 20-cv-10490 (E.D. Mich)
- *Plymouth County Retirement System v. Evolent Health Inc.*, 19-cv-01031 (E.D. Va.)
- *Logan v. ProPetro Holding Corp.*, No. 19-cv-00217 (W.D. Tex.)

7. Oklahoma Police has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

- *City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Pluralsight Inc.*, 19cv00128 (D. Utah)
- *Plumbers & Pipefitters Local Union #295 Pension Fund v. CareDx, Inc.*, 22-cv-03023 (N.D. Cal.)
- *Marquez v. Bright Health Group, Inc.*, 22-cv-00101 (E.D.N.Y.)

8. Oklahoma Police will not accept any payment for serving as representative party on behalf of the class beyond Oklahoma Police's *pro rata* share of any recovery, except for any award, as ordered or approved by the Court in compliance with federal law, directly relating to the representation of the class.

9. As Executive Director of Oklahoma Police, I am duly authorized to sign this Certification on behalf of Oklahoma Police.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18th, 2022.

*/s/ Ginger Sigler*
Ginger Sigler
*Executive Director*
*Oklahoma Police Pension and Retirement System*

2

**Inotiv Inc.**
**Common Stock (CUSIP 45783Q100)**
**Exhibit A**

**Class Period:** 09/21/21-06/13/22

**Shareholder:** Oklahoma Police Pension and Retirement System

| Trade Date | Trans. | No. Bought | No. Sold | Price |
|---|---|---|---|---|
| 09/22/21 | PURCHASES | 19,815 | | $40.7883 |
| 10/07/21 | PURCHASES | 3,352 | | $33.1221 |
| 10/07/21 | PURCHASES | 16,658 | | $32.8422 |
| 11/03/21 | SALES | | (11,699) | $52.1237 |
| 04/26/22 | SALES | | (399) | $19.7161 |
| 05/26/22 | PURCHASES | 15,195 | | $15.4882 |
| 05/26/22 | PURCHASES | 16,169 | | $15.5546 |