# EXHIBIT 3

## Inotiv Inc.
## Common Stock (CUSIP 45783Q100)
## Loss Analysis

**Class Period:** 09/21/21-06/13/22
**$15.4226 = average price 06/14/22-08/18/22**
**Shareholder:** Oklahoma Police Pension and Retirement System

| Trade Date | Trans. | No. Bought | No. Sold | No. Remaining | Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| 09/21/21 | Holdings | | | 0 | | | |
| 09/22/21 | PURCHASES | 19,815 | | 19,815 | $40.7883 | ($808,220.14) | $0.00 |
| 10/07/21 | PURCHASES | 3,352 | | 23,167 | $33.1221 | ($111,025.28) | $0.00 |
| 10/07/21 | PURCHASES | 16,658 | | 39,825 | $32.8422 | ($547,085.37) | $0.00 |
| 11/03/21 | SALES | | (11,699) | 28,126 | $52.1237 | $0.00 | $609,795.17 |
| 05/26/22 | PURCHASES | 15,195 | | 43,321 | $15.4882 | ($235,343.20) | $0.00 |
| 05/26/22 | PURCHASES | 16,169 | | 59,490 | $15.5546 | ($251,502.33) | $0.00 |
| 04/26/22 | SALES | | (399) | 59,091 | $19.7161 | $0.00 | $7,866.72 |
| | | | | | | | |
| Totals: | | 71,189 | (12,098) | | | ($1,953,176) | $617,662 |
| Shares Held: | | | 59,091 | | | | |
| Shares Held x $15.4226 | | | $911,337 | | | | |
| Total (Cost)/Proceeds) | | | ($1,335,514) | | | | |
| Total FIFO/LIFO Loss: | | | ($424,178) | | | | |