UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| SERGIO GROBLER, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>INOTIV, INC., et al.,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 4:22-cv-00045-PPS-JEM<br><br>MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4867-1595-1407.v1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that City of Pontiac Reestablished General Employees' Retirement System and City of Pontiac Police and Fire Retirement System (the "Pontiac Retirement Systems") hereby move the Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), for an order appointing the Pontiac Retirement Systems as lead plaintiff and approving their selection of Robbins Geller Rudman & Dowd LLP as lead counsel. In support of this Motion, the Pontiac Retirement Systems submit the accompanying Memorandum of Law, Declaration of James A.L. Buddenbaum, and a [Proposed] Order.

DATED: August 22, 2022

PARR RICHEY FRANDSEN
  PATTERSON & KRUSE, LLP
JAMES A.L. BUDDENBAUM (14511-49)

        s/ James A.L. Buddenbaum
JAMES A.L. BUDDENBAUM

251 North Illinois Street, Suite 1800
Indianapolis, IN  46204
Telephone:  317/269-2500
317/269-2514 (fax)
jbuddenbaum@parrlaw.com

Local Counsel for Proposed Lead Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 1 -

ASHERKELLY
CYNTHIA J. BILLINGS-DUNN
MATTHEW I. HENZI
25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
Telephone:  248/746-2710
248/747-2809 (fax)
cbdunn@asherkellylaw.com
mhenzi@asherkellylaw.com

Additional Counsel for Proposed Lead Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 22, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ James A.L. Buddenbaum
JAMES A.L. BUDDENBAUM

PARR RICHEY FRANDSEN
    PATTERSON & KRUSE, LLP
251 North Illinois Street, Suite 1800
Indianapolis, IN  46204
Telephone:  317/269-2500
317/269-2514 (fax)

Email:  jbuddenbaum@parrlaw.com

4867-1595-1407.v1

# Mailing Information for a Case 4:22-cv-00045-PPS-JEM Grobler v. Inotiv, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brad A Catlin**
  brad@williamspiatt.com,mary@williamspiatt.com,nancy@williamspiatt.com

- **Darren A Craig**
  dcraig@fbtlaw.com,jstickle@fbtlaw.com

- **Michael J Diver PHV**
  michael.diver@katten.com

- **Scott D Gilchrist**
  sgilchrist@cohenandmalad.com,khunley@cohenandmalad.com

- **Michael J Lohnes PHV**
  michael.lohnes@katten.com,ecf.docket@katten.com,rosie.gradilla@katten.com

- **William N Riley**
  wriley@rileycate.com,eamos@rileycate.com

- **Carrie Stickel PHV**
  carrie.stickel@katten.com,sara.crowley@katten.com,nicholas.crowe@katten.com,bora.ndregjoni@katten.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`