UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| SERGIO GROBLER, Individually and on Behalf of All Others Similarly Situated, | : : : | No. 4:22-cv-00045-PPS-JEM |
| | : | DECLARATION OF JAMES A.L. |
| Plaintiff, | : : | BUDDENBAUM IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD |
| vs. | : : | PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD |
| INOTIV, INC., et al., | : : | COUNSEL |
| Defendants. | : : | |
| | : | |

4862-9167-1599.v1

I, JAMES A.L. BUDDENBAUM, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Indiana.  I am a member of Parr Richey Frandsen Patterson Kruse LLP, proposed local counsel for proposed lead plaintiff City of Pontiac Reestablished General Employees' Retirement System and City of Pontiac Police and Fire Retirement System (the "Pontiac Retirement Systems") in the above-captioned action.  I make this declaration in support of the Pontiac Retirement Systems' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on June 23, 2022;

Exhibit B:      The Pontiac Retirement Systems' Certifications;

Exhibit C:      Estimate of the Pontiac Retirement Systems' financial interest, prepared by counsel; and

Exhibit D:      The Pontiac Retirement Systems' Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of August, 2022.

_____
s/ James A.L. Buddenbaum
JAMES A.L. BUDDENBAUM

4862-9167-1599.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on August 22, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ James A.L. Buddenbaum
JAMES A.L. BUDDENBAUM

PARR RICHEY FRANDSEN
    PATTERSON & KRUSE, LLP
251 North Illinois Street, Suite 1800
Indianapolis, IN  46204
Telephone:  317/269-2500
317/269-2514 (fax)

Email:  jbuddenbaum@parrlaw.com

4862-9167-1599.v1

# Mailing Information for a Case 4:22-cv-00045-PPS-JEM Grobler v. Inotiv, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brad A Catlin**
  brad@williamspiatt.com,mary@williamspiatt.com,nancy@williamspiatt.com

- **Darren A Craig**
  dcraig@fbtlaw.com,jstickle@fbtlaw.com

- **Michael J Diver PHV**
  michael.diver@katten.com

- **Scott D Gilchrist**
  sgilchrist@cohenandmalad.com,khunley@cohenandmalad.com

- **Michael J Lohnes PHV**
  michael.lohnes@katten.com,ecf.docket@katten.com,rosie.gradilla@katten.com

- **William N Riley**
  wriley@rileycate.com,eamos@rileycate.com

- **Carrie Stickel PHV**
  carrie.stickel@katten.com,sara.crowley@katten.com,nicholas.crowe@katten.com,bora.ndregjoni@katten.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)