# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **City of Pontiac Reestablished General Employees' Retirement System** | 02/01/2022 | 778 | $30.63 | $23,831.85 | 04/26/2022 | 63 | $17.69 | $1,114.64 | |
| | 02/02/2022 | 393 | $32.62 | $12,819.31 | 04/26/2022 | 228 | $17.69 | $4,033.94 | |
| | 02/03/2022 | 493 | $32.93 | $16,236.02 | 04/27/2022 | 143 | $17.33 | $2,478.60 | |
| | 02/04/2022 | 76 | $32.51 | $2,470.76 | 04/27/2022 | 518 | $17.33 | $8,978.44 | |
| | 02/04/2022 | 220 | $33.80 | $7,436.07 | 04/28/2022 | 101 | $16.28 | $1,644.60 | |
| | 02/07/2022 | 3 | $34.72 | $104.15 | 04/28/2022 | 366 | $16.28 | $5,959.65 | |
| | 03/02/2022 | 200 | $26.37 | $5,273.90 | 04/29/2022 | 61 | $15.42 | $940.64 | |
| | 03/02/2022 | 726 | $26.37 | $19,144.26 | 04/29/2022 | 223 | $15.42 | $3,438.73 | |
| | | | | | 05/02/2022 | 78 | $14.54 | $1,133.82 | |
| | | | | | 05/02/2022 | 281 | $14.54 | $4,084.64 | |
| | | | | | 05/03/2022 | 24 | $15.06 | $361.37 | |
| | | | | | 05/03/2022 | 87 | $15.06 | $1,309.95 | |
| | | | | | 06/06/2022 | 34 | $15.98 | $543.33 | |
| | | | | | 06/06/2022 | 122 | $15.98 | $1,949.58 | |
| | | | | | 06/07/2022 | 11 | $16.13 | $177.39 | |
| | | | | | 06/07/2022 | 40 | $16.13 | $645.05 | |
| | | | | | 06/08/2022 | 31 | $14.71 | $456.08 | |
| | | | | | 06/08/2022 | 112 | $14.71 | $1,647.79 | |
| | | | | | 06/09/2022 | 38 | $14.29 | $543.18 | |
| | | | | | 06/09/2022 | 137 | $14.29 | $1,958.29 | |
| | | | | | 06/10/2022 | 41 | $13.93 | $571.14 | |
| | | | | | 06/10/2022 | 150 | $13.93 | $2,089.53 | |
| | | **2,889** | | **$87,316.31** | | **2,889** | | **$46,060.38** | **($41,255.93)** |
| **City of Pontiac Police and Fire Retirement System** | 02/01/2022 | 540 | $30.63 | $16,541.39 | 04/26/2022 | 203 | $17.69 | $3,591.62 | |
| | 02/02/2022 | 273 | $32.62 | $8,905.01 | 04/27/2022 | 462 | $17.33 | $8,007.80 | |
| | 02/03/2022 | 342 | $32.93 | $11,263.12 | 04/28/2022 | 327 | $16.28 | $5,324.61 | |
| | 02/04/2022 | 53 | $32.51 | $1,723.03 | 04/29/2022 | 199 | $15.42 | $3,068.64 | |
| | 02/04/2022 | 153 | $33.80 | $5,171.45 | 05/02/2022 | 250 | $14.54 | $3,634.03 | |
| | 02/07/2022 | 2 | $34.72 | $69.44 | 05/03/2022 | 77 | $15.06 | $1,159.38 | |
| | 02/25/2022 | 334 | $24.92 | $8,324.01 | 06/06/2022 | 109 | $15.98 | $1,741.84 | |
| | 02/28/2022 | 322 | $26.02 | $8,380.02 | 06/07/2022 | 36 | $16.13 | $580.55 | |
| | | | | | 06/08/2022 | 100 | $14.71 | $1,471.24 | |
| | | | | | 06/09/2022 | 123 | $14.29 | $1,758.17 | |
| | | | | | 06/10/2022 | 133 | $13.93 | $1,852.72 | |
| | | **2,019** | | **$60,377.47** | | **2,019** | | **$32,190.59** | **($28,186.88)** |
| **Movants' Total** | | **4,908** | | **$147,693.78** | | **4,908** | | **$78,250.97** | **($69,442.81)** |

Prices listed are rounded to two decimal places.