UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>Defendants. | Case No. 4:22-cv-00045-PPS-JEM |

**MOTION OF FRED WAELTER AND CHRIS M. CAVENS FOR APPOINTMENT AS <u>CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL</u>**

Movants Fred Waelter and Chris M. Cavens (collectively, "Waelter and Cavens"), by and through their counsel, hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Waelter and Cavens as Co-Lead Plaintiffs on behalf of persons or entities who purchased or otherwise acquired publicly traded Inotiv, Inc. securities between September 21, 2021 and June 13, 2022, both dates inclusive (the "Class"); and (2) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class. This motion is supported by the accompanying Memorandum of Law, the Declaration of Patrick V. Dahlstrom and exhibits annexed thereto, the prior pleadings and proceedings herein, and other such written or oral argument as may be permitted by the Court.

Dated: August 22, 2022

Respectfully submitted,

POMERANTZ LLP

*/s/ Patrick V. Dahlstrom*
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman
(*pro hac vice application forthcoming*)
J. Alexander Hood II
(*pro hac vice application forthcoming*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movants Fred Waelter and Chris M. Cavens and Proposed Lead Counsel for the Class*

1

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
(*pro hac vice application forthcoming*)
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Movants Fred Waelter and Chris M. Cavens*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  */s/ Patrick V. Dahlstrom*
                                                  Patrick V. Dahlstrom