# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated, | Case No. 4:22-cv-00045-PPS-JEM |
| Plaintiff, | |
| v. | |
| INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR, | |
| Defendants. | |

**DECLARATION OF PATRICK V. DAHLSTROM IN SUPPORT OF MOTION OF FRED WAELTER AND CHRIS M. CAVENS FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

I, Patrick V. Dahlstrom, hereby declare as follows:

1. I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Fred Waelter and Chris M. Cavens (collectively, "Waelter and Cavens"), and have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of the motion of Waelter and Cavens for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz as Lead Counsel for the Class.

3. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit 1: | Chart reflecting the financial interest of Waelter and Cavens in this litigation; |
| Exhibit 2: | Press release published over *Business Wire* on June 23, 2022, announcing the pendency of the Action; |
| Exhibit 3: | Shareholder Certifications executed by Waelter and Cavens; |
| Exhibit 4: | Joint Declaration executed by Waelter and Cavens; and |
| Exhibit 5: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 22, 2022.

*/s/ Patrick V. Dahlstrom*
Patrick V. Dahlstrom

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Patrick V. Dahlstrom*
Patrick V. Dahlstrom