# Exhibit 1

**Inotiv, Inc. (NOTV)**
**Class Period: September 21, 2021 to June 13, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 5/20/2022 Shares Retained | 6/13/2022 Shares Retained | 67-Days* Mean Price $15.5377 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Fred Waelter | | 24,000 | | ($533,929) | | (24,000) | | $452,891 | 2,001 | 0 | $0 | ($81,039) |
| Chris M. Cavens | | 5,500 | | ($257,713) | | (4,025) | | $189,098 | 1,475 | 1,475 | $22,918 | ($45,697) |
| **Total** | | **29,500** | | **($791,642)** | | **(28,025)** | | **$641,989** | **3,476** | **1,475** | **$22,918** | **($126,736)** |
| | | | | | | | | | | | | |
| Fred Waelter | 2/14/2022 | 1,000 | $29.2000 | ($29,200) | 2/24/2022 | (2,626) | $23.9000 | $62,761 | | | | |
| Fred Waelter | 2/16/2022 | 500 | $23.4800 | ($11,740) | 2/24/2022 | (2) | $23.9000 | $48 | | | | |
| Fred Waelter | 2/16/2022 | 71 | $25.6000 | ($1,818) | 2/24/2022 | (10) | $23.9000 | $239 | | | | |
| Fred Waelter | 2/16/2022 | 23 | $25.6000 | ($589) | 2/24/2022 | (20) | $23.9000 | $478 | | | | |
| Fred Waelter | 2/16/2022 | 4 | $25.6000 | ($102) | 2/24/2022 | (11) | $23.9000 | $263 | | | | |
| Fred Waelter | 2/16/2022 | 100 | $25.5900 | ($2,559) | 2/24/2022 | (41) | $23.9100 | $980 | | | | |
| Fred Waelter | 2/16/2022 | 100 | $25.5900 | ($2,559) | 2/24/2022 | (59) | $23.9100 | $1,411 | | | | |
| Fred Waelter | 2/16/2022 | 2 | $25.6000 | ($51) | 2/24/2022 | (41) | $23.9100 | $980 | | | | |
| Fred Waelter | 2/16/2022 | 400 | $25.6000 | ($10,240) | 2/24/2022 | (100) | $23.9000 | $2,390 | | | | |
| Fred Waelter | 2/16/2022 | 100 | $25.5500 | ($2,555) | 2/24/2022 | (162) | $23.9000 | $3,872 | | | | |
| Fred Waelter | 2/16/2022 | 100 | $25.5500 | ($2,555) | 2/24/2022 | (100) | $23.9000 | $2,390 | | | | |
| Fred Waelter | 2/16/2022 | 100 | $25.5500 | ($2,555) | 2/24/2022 | (100) | $23.9000 | $2,390 | | | | |
| Fred Waelter | 2/22/2022 | 499 | $25.0000 | ($12,475) | 2/24/2022 | (16) | $23.9000 | $382 | | | | |
| Fred Waelter | 2/22/2022 | 2 | $24.9200 | ($50) | 2/24/2022 | (7) | $23.9000 | $167 | | | | |
| Fred Waelter | 2/22/2022 | 100 | $24.9200 | ($2,492) | 2/24/2022 | (6) | $23.9100 | $143 | | | | |
| Fred Waelter | 2/22/2022 | 100 | $24.9200 | ($2,492) | 2/24/2022 | (200) | $23.9000 | $4,780 | | | | |
| Fred Waelter | 2/22/2022 | 98 | $24.9200 | ($2,442) | 2/24/2022 | (100) | $23.9100 | $2,391 | | | | |
| Fred Waelter | 2/22/2022 | 200 | $24.9200 | ($4,984) | 2/24/2022 | (100) | $23.9100 | $2,391 | | | | |
| Fred Waelter | 2/22/2022 | 1 | $24.9200 | ($25) | 2/24/2022 | (40) | $23.9100 | $956 | | | | |
| Fred Waelter | 2/23/2022 | 500 | $22.6000 | ($11,300) | 2/24/2022 | (17) | $23.9100 | $406 | | | | |
| Fred Waelter | 2/23/2022 | 500 | $25.2500 | ($12,625) | 2/24/2022 | (3) | $23.9100 | $72 | | | | |
| Fred Waelter | 2/23/2022 | 500 | $25.6000 | ($12,800) | 2/24/2022 | (100) | $23.9100 | $2,391 | | | | |
| Fred Waelter | 3/1/2022 | 1,000 | $25.3700 | ($25,370) | 2/24/2022 | (100) | $23.9100 | $2,391 | | | | |
| Fred Waelter | 3/1/2022 | 1,000 | $26.2000 | ($26,200) | 2/24/2022 | (2) | $23.9100 | $48 | | | | |
| Fred Waelter | 3/3/2022 | 250 | $25.6100 | ($6,403) | 2/24/2022 | (30) | $23.9100 | $717 | | | | |
| Fred Waelter | 3/4/2022 | 250 | $23.9800 | ($5,995) | 2/24/2022 | (20) | $23.9100 | $478 | | | | |
| Fred Waelter | 3/11/2022 | 500 | $20.6400 | ($10,320) | 2/24/2022 | (100) | $23.9200 | $2,392 | | | | |
| Fred Waelter | 3/14/2022 | 77 | $18.5500 | ($1,428) | 2/24/2022 | (100) | $23.9100 | $2,391 | | | | |

*Avg Closing Prices from June 14, 2022 to August 19, 2022

**Inotiv, Inc. (NOTV)**
**Class Period: September 21, 2021 to June 13, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

67-Days* Mean Price $15.5377

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 5/20/2022 Shares Retained | 6/13/2022 Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fred Waelter | 3/14/2022 | 145 | $18.5500 | ($2,690) | 2/24/2022 | (26) | $23.9100 | $622 | | | | |
| Fred Waelter | 3/14/2022 | 78 | $18.5600 | ($1,448) | 2/24/2022 | (100) | $23.9100 | $2,391 | | | | |
| Fred Waelter | 3/14/2022 | 100 | $18.5600 | ($1,856) | 2/24/2022 | (100) | $23.9100 | $2,391 | | | | |
| Fred Waelter | 3/14/2022 | 100 | $18.5600 | ($1,856) | 2/24/2022 | (100) | $23.9100 | $2,391 | | | | |
| Fred Waelter | 3/21/2022 | 1,000 | $23.5700 | ($23,570) | 2/24/2022 | (100) | $23.9100 | $2,391 | | | | |
| Fred Waelter | 3/24/2022 | 1,000 | $22.7600 | ($22,760) | 2/24/2022 | (3) | $23.9400 | $72 | | | | |
| Fred Waelter | 3/24/2022 | 1,000 | $22.9100 | ($22,910) | 2/24/2022 | (100) | $23.9500 | $2,395 | | | | |
| Fred Waelter | 4/14/2022 | 560 | $25.3800 | ($14,213) | 2/24/2022 | (100) | $23.9200 | $2,392 | | | | |
| Fred Waelter | 4/14/2022 | 80 | $25.3700 | ($2,030) | 2/24/2022 | (4) | $23.9300 | $96 | | | | |
| Fred Waelter | 4/14/2022 | 20 | $25.3700 | ($507) | 2/24/2022 | (100) | $23.9200 | $2,392 | | | | |
| Fred Waelter | 4/14/2022 | 60 | $25.3800 | ($1,523) | 2/24/2022 | (7) | $23.9500 | $168 | | | | |
| Fred Waelter | 4/14/2022 | 20 | $25.3700 | ($507) | 2/24/2022 | (3) | $23.9500 | $72 | | | | |
| Fred Waelter | 4/14/2022 | 100 | $25.3800 | ($2,538) | 2/24/2022 | (13) | $23.9500 | $311 | | | | |
| Fred Waelter | 4/14/2022 | 100 | $25.3700 | ($2,537) | 2/24/2022 | (10) | $23.9800 | $240 | | | | |
| Fred Waelter | 4/14/2022 | 20 | $25.3700 | ($507) | 2/24/2022 | (20) | $23.9800 | $480 | | | | |
| Fred Waelter | 4/14/2022 | 20 | $25.3700 | ($507) | 3/9/2022 | (490) | $23.6900 | $11,608 | | | | |
| Fred Waelter | 4/14/2022 | 20 | $25.3500 | ($507) | 3/9/2022 | (10) | $23.8400 | $238 | | | | |
| Fred Waelter | 4/18/2022 | 250 | $24.8000 | ($6,200) | 3/9/2022 | (1,000) | $24.0200 | $24,020 | | | | |
| Fred Waelter | 4/18/2022 | 150 | $24.3800 | ($3,657) | 3/9/2022 | (1,000) | $24.0300 | $24,030 | | | | |
| Fred Waelter | 4/18/2022 | 100 | $24.3800 | ($2,438) | 3/30/2022 | (500) | $25.5600 | $12,780 | | | | |
| Fred Waelter | 4/18/2022 | 68 | $24.4000 | ($1,659) | 3/30/2022 | (500) | $25.5900 | $12,795 | | | | |
| Fred Waelter | 4/18/2022 | 432 | $24.4000 | ($10,541) | 3/30/2022 | (500) | $25.5200 | $12,760 | | | | |
| Fred Waelter | 4/18/2022 | 250 | $24.2800 | ($6,070) | 3/30/2022 | (500) | $25.4600 | $12,730 | | | | |
| Fred Waelter | 4/18/2022 | 250 | $24.5200 | ($6,130) | 4/6/2022 | (912) | $22.6500 | $20,657 | | | | |
| Fred Waelter | 4/18/2022 | 500 | $24.8700 | ($12,435) | 4/6/2022 | (100) | $22.6400 | $2,264 | | | | |
| Fred Waelter | 4/19/2022 | 117 | $24.0000 | ($2,808) | 4/6/2022 | (200) | $22.6400 | $4,528 | | | | |
| Fred Waelter | 4/19/2022 | 100 | $24.0000 | ($2,400) | 4/6/2022 | (2) | $22.6400 | $45 | | | | |
| Fred Waelter | 4/19/2022 | 95 | $24.0000 | ($2,280) | 4/6/2022 | (60) | $22.6400 | $1,358 | | | | |
| Fred Waelter | 4/19/2022 | 100 | $24.0000 | ($2,400) | 4/6/2022 | (137) | $22.6400 | $3,102 | | | | |
| Fred Waelter | 4/19/2022 | 88 | $24.0000 | ($2,112) | 4/6/2022 | (10) | $22.6500 | $227 | | | | |
| Fred Waelter | 4/19/2022 | 250 | $24.0400 | ($6,010) | 4/6/2022 | (10) | $22.6500 | $227 | | | | |
| Fred Waelter | 4/19/2022 | 157 | $24.0000 | ($3,768) | 4/6/2022 | (20) | $22.6500 | $453 | | | | |
| Fred Waelter | 4/19/2022 | 93 | $24.0000 | ($2,232) | 4/6/2022 | (1) | $22.6600 | $23 | | | | |
| Fred Waelter | 4/19/2022 | 250 | $24.2700 | ($6,068) | 4/6/2022 | (6) | $22.6700 | $136 | | | | |

*Avg Closing Prices from June 14, 2022 to August 19, 2022

**Inotiv, Inc. (NOTV)**
**Class Period: September 21, 2021 to June 13, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 5/20/2022 Shares Retained | 6/13/2022 Shares Retained | 67-Days* Mean Price $15.5377 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fred Waelter | 4/19/2022 | 250 | $24.2600 | ($6,065) | 4/6/2022 | (100) | $22.6500 | $2,265 | | | | |
| Fred Waelter | 4/20/2022 | 250 | $23.2200 | ($5,805) | 4/6/2022 | (93) | $22.6500 | $2,106 | | | | |
| Fred Waelter | 4/22/2022 | 152 | $21.6600 | ($3,292) | 4/6/2022 | (107) | $22.6400 | $2,422 | | | | |
| Fred Waelter | 4/22/2022 | 98 | $21.6600 | ($2,123) | 4/6/2022 | (93) | $22.6400 | $2,106 | | | | |
| Fred Waelter | 4/22/2022 | 250 | $22.4500 | ($5,613) | 4/6/2022 | (93) | $22.6500 | $2,106 | | | | |
| Fred Waelter | 4/25/2022 | 100 | $20.6400 | ($2,064) | 4/6/2022 | (5) | $22.6500 | $113 | | | | |
| Fred Waelter | 4/25/2022 | 200 | $20.6000 | ($4,120) | 4/6/2022 | (50) | $22.6500 | $1,133 | | | | |
| Fred Waelter | 4/25/2022 | 200 | $20.6200 | ($4,124) | 4/6/2022 | (1) | $22.7100 | $23 | | | | |
| Fred Waelter | 4/25/2022 | 250 | $20.6500 | ($5,163) | 4/29/2022 | (200) | $14.9000 | $2,980 | | | | |
| Fred Waelter | 4/25/2022 | 250 | $20.7800 | ($5,195) | 4/29/2022 | (16) | $14.9000 | $238 | | | | |
| Fred Waelter | 4/25/2022 | 250 | $20.8700 | ($5,218) | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | 4/25/2022 | 86 | $20.9500 | ($1,802) | 4/29/2022 | (5) | $14.9000 | $75 | | | | |
| Fred Waelter | 4/25/2022 | 164 | $20.8700 | ($3,423) | 4/29/2022 | (300) | $14.9000 | $4,470 | | | | |
| Fred Waelter | 4/27/2022 | 250 | $17.7800 | ($4,445) | 4/29/2022 | (600) | $14.9000 | $8,940 | | | | |
| Fred Waelter | 4/27/2022 | 250 | $17.1000 | ($4,275) | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | 4/28/2022 | 250 | $16.0000 | ($4,000) | 4/29/2022 | (80) | $14.9000 | $1,192 | | | | |
| Fred Waelter | 5/3/2022 | 585 | $14.6900 | ($8,594) | 4/29/2022 | (1) | $14.9000 | $15 | | | | |
| Fred Waelter | 5/3/2022 | 100 | $14.7000 | ($1,470) | 4/29/2022 | (11) | $14.9000 | $164 | | | | |
| Fred Waelter | 5/3/2022 | 100 | $14.7000 | ($1,470) | 4/29/2022 | (1) | $14.9000 | $15 | | | | |
| Fred Waelter | 5/3/2022 | 100 | $14.6800 | ($1,468) | 4/29/2022 | (7) | $14.9000 | $104 | | | | |
| Fred Waelter | 5/3/2022 | 15 | $14.6900 | ($220) | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | 5/3/2022 | 100 | $14.7000 | ($1,470) | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | 5/5/2022 | 500 | $13.9000 | ($6,950) | 4/29/2022 | (33) | $14.9000 | $492 | | | | |
| Fred Waelter | 5/5/2022 | 500 | $13.8200 | ($6,910) | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | 5/17/2022 | 1,000 | $17.7300 | ($17,730) | 4/29/2022 | (200) | $14.9000 | $2,980 | | | | |
| Fred Waelter | 5/18/2022 | 500 | $17.6100 | ($8,805) | 4/29/2022 | (300) | $14.9000 | $4,470 | | | | |
| Fred Waelter | 5/18/2022 | 500 | $17.5500 | ($8,775) | 4/29/2022 | (61) | $14.9000 | $909 | | | | |
| Fred Waelter | 5/18/2022 | 500 | $17.6800 | ($8,840) | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | 5/18/2022 | 500 | $17.8100 | ($8,905) | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (67) | $14.9000 | $998 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (73) | $14.9000 | $1,088 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |

*Avg Closing Prices from June 14, 2022 to August 19, 2022

**Inotiv, Inc. (NOTV)**
**Class Period: September 21, 2021 to June 13, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 5/20/2022 Shares Retained | 6/13/2022 Shares Retained | 67-Days* Mean Price $15.5377 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (71) | $14.9000 | $1,058 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (65) | $14.9000 | $969 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (60) | $14.9000 | $894 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (200) | $14.9000 | $2,980 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (4) | $14.9000 | $60 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (14) | $14.9000 | $209 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (20) | $14.9000 | $298 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9100 | $1,491 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9200 | $1,492 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9100 | $1,491 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9100 | $1,491 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9500 | $1,495 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (100) | $14.9000 | $1,490 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (400) | $14.9000 | $5,960 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (11) | $14.9900 | $165 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (1,200) | $14.9000 | $17,880 | | | | |
| Fred Waelter | | | | | 4/29/2022 | (1,400) | $14.9000 | $20,860 | | | | |
| Fred Waelter | | | | | 5/9/2022 | (2,000) | $12.6100 | $25,220 | | | | |
| Fred Waelter | | | | | 5/17/2022 | (500) | $15.9400 | $7,970 | | | | |
| Fred Waelter | | | | | 5/17/2022 | (500) | $16.0600 | $8,030 | | | | |
| Fred Waelter | | | | | 5/23/2022 | (2,001) | $12.0700 | $24,152 | | | | |
| **Fred Waelter** | | **24,000** | | **($533,929)** | | **(24,000)** | | **$452,891** | **2,001** | **0** | **$0** | **($81,039)** |
| Chris M. Cavens | 10/29/2021 | 25 | $45.4300 | ($1,136) | 10/29/2021 | (1,000) | $46.2900 | $46,290 | | | | |
| Chris M. Cavens | 10/29/2021 | 196 | $45.4586 | ($8,910) | 11/1/2021 | (500) | $50.5900 | $25,295 | | | | |
| Chris M. Cavens | 10/29/2021 | 200 | $45.4000 | ($9,080) | 11/19/2021 | (500) | $60.1000 | $30,050 | | | | |
| Chris M. Cavens | 10/29/2021 | 200 | $45.4400 | ($9,088) | 12/13/2021 | (750) | $46.3076 | $34,731 | | | | |
| Chris M. Cavens | 10/29/2021 | 379 | $45.4500 | ($17,226) | 12/27/2021 | (500) | $44.2218 | $22,111 | | | | |
| Chris M. Cavens | 11/1/2021 | 500 | $50.8500 | ($25,425) | 12/27/2021 | (450) | $44.7195 | $20,124 | | | | |

*Avg Closing Prices from June 14, 2022 to August 19, 2022

**Inotiv, Inc. (NOTV)**
**Class Period: September 21, 2021 to June 13, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 5/20/2022 Shares Retained | 6/13/2022 Shares Retained | 67-Days* Mean Price $15.5377 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chris M. Cavens | 11/19/2021 | 38 | $60.0700 | ($2,283) | 1/3/2022 | (100) | $40.5900 | $4,059 | | | | |
| Chris M. Cavens | 11/19/2021 | 462 | $60.1000 | ($27,766) | 1/26/2022 | (125) | $26.1650 | $3,271 | | | | |
| Chris M. Cavens | 12/10/2021 | 1 | $50.1000 | ($50) | 1/31/2022 | (100) | $31.6800 | $3,168 | | | | |
| Chris M. Cavens | 12/10/2021 | 3 | $50.8100 | ($152) | | | | | | | | |
| Chris M. Cavens | 12/10/2021 | 249 | $50.4000 | ($12,550) | | | | | | | | |
| Chris M. Cavens | 12/10/2021 | 247 | $50.8300 | ($12,555) | | | | | | | | |
| Chris M. Cavens | 12/10/2021 | 250 | $50.4650 | ($12,616) | | | | | | | | |
| Chris M. Cavens | 12/13/2021 | 100 | $49.0950 | ($4,910) | | | | | | | | |
| Chris M. Cavens | 12/13/2021 | 650 | $49.1500 | ($31,948) | | | | | | | | |
| Chris M. Cavens | 12/27/2021 | 100 | $44.6840 | ($4,468) | | | | | | | | |
| Chris M. Cavens | 12/27/2021 | 400 | $44.6500 | ($17,860) | | | | | | | | |
| Chris M. Cavens | 12/27/2021 | 500 | $44.2900 | ($22,145) | | | | | | | | |
| Chris M. Cavens | 12/27/2021 | 500 | $45.2800 | ($22,640) | | | | | | | | |
| Chris M. Cavens | 1/3/2022 | 100 | $40.5500 | ($4,055) | | | | | | | | |
| Chris M. Cavens | 1/31/2022 | 100 | $31.2800 | ($3,128) | | | | | | | | |
| Chris M. Cavens | 2/1/2022 | 100 | $30.0700 | ($3,007) | | | | | | | | |
| Chris M. Cavens | 3/23/2022 | 200 | $23.5800 | ($4,716) | | | | | | | | |
| **Chris M. Cavens** | | **5,500** | | **($257,713)** | | **(4,025)** | | **$189,098** | **1,475** | **1,475** | **$22,918** | **($45,697)** |

*Avg Closing Prices from June 14, 2022 to August 19, 2022