## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>Defendants. | Case No.: 4:22-cv-00045-PPS-JEM<br><br>CLASS ACTION |

### NOTICE OF NON-OPPOSITION OF ROWENA OCHOA TO COMPETING LEAD PLAINTIFF MOTIONS

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Rowena Ochoa ("Movant") respectfully does not oppose the competing motions for appointment as lead plaintiff and approval of selection of lead counsel in the above-captioned action (the "Action"). On August 22, 2022, Movant timely filed a motion for appointment as lead plaintiff and approval of selection of counsel, stating that she suffered approximately $8,635.93 in financial losses in connection with her purchase of Inotiv, Inc. ("Inotiv" or the "Company") securities between September 21, 2021 and June 13, 2022, inclusive. Similar motions for appointment as lead plaintiff and approval of selection of counsel were filed by other putative class members in the Action.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting

papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Action, she does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This non-opposition shall have no impact on Movant's membership in the proposed class, her right to share in any recovery obtained for the benefit of the class, nor her ability to serve as lead plaintiff should the need arise.

DATED: August 31, 2022

Respectfully Submitted,

**RILEYCATE, LLC**

*/s/ William N. Riley*
William N. Riley
11 Municipal Drive, Suite 320
Fishers, Indiana 46038
Tel: (317) 588-2866
Fax: (317) 458-1785
Email: wriley@rileycate.com

*Liaison Counsel for Lead Plaintiff Movant*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice* forthcoming)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Lead Plaintiff Movant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

Dated: August 31, 2022

                                                 */s/ William N. Riley*
                                                 William N. Riley