UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>    Defendants. | Case No. 4:22-cv-00045-PPS-JEM |

**NOTICE OF NON-OPPOSITION OF FRED WAELTER AND CHRIS M. CAVENS TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

On August 22, 2022, Fred Waelter and Chris M. Cavens (collectively, "Waelter and Cavens"), by and through their counsel, filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Waelter and Cavens as Co-Lead Plaintiffs on behalf of persons or entities who purchased or otherwise acquired publicly traded Inotiv, Inc. securities between September 21, 2021 and June 13, 2022, both dates inclusive (the "Class"); and (2) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 26.

Having reviewed the competing motions before the Court, it appears that Waelter and Cavens do not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on the membership of Waelter and Cavens in the proposed Class or their right to share in any recovery obtained for the benefit of Class members.

Dated:  September 6, 2022              Respectfully submitted,

                                       POMERANTZ LLP

                                       /s/ Patrick V. Dahlstrom
                                       Patrick V. Dahlstrom
                                       10 South LaSalle Street, Suite 3505
                                       Chicago, Illinois 60603
                                       Telephone: (312) 377-1181
                                       Facsimile: (312) 377-1184
                                       pdahlstrom@pomlaw.com

                                       POMERANTZ LLP
                                       Jeremy A. Lieberman
                                       J. Alexander Hood II
                                       600 Third Avenue, 20th Floor
                                       New York, New York 10016
                                       Telephone: (212) 661-1100

Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Counsel for Movants Fred Waelter
and Chris M. Cavens*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Patrick V. Dahlstrom*
Patrick V. Dahlstrom