**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>Defendants. | **Case No: 4:22-cv-00045-PPS-JEM**<br><br>**Judge Philip P. Simon**<br><br>**CLASS ACTION** |

**NOTICE OF WITHDRAWAL OF MOVANT SERGIO GROBLER'S MOTION TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Sergio Grobler ("Movant") hereby withdraws his Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. Dkt. No. 18.

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party.

Dated: September 6, 2022                    Respectfully submitted,


/s/ Brad A. Catlin
Brad A. Catlin, Atty. No. 21570-29
WILLIAMS & PIATT, LLC
1101 North Delaware Street
Indianapolis, IN 46202
317.633.5270
F: 317.426.3348
brad@williamspiatt.com

*Liaison Counsel for Sergio Grobler*

1

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (pro hac vice to be filed)
Laurence M. Rosen, Esq. (pro hac vice to be filed)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com

*Lead Counsel for Sergio Grobler*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brad A. Catlin*