UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| SERGIO GROBLER, Individually and on Behalf of All Others Similarly Situated, | : : : | No. 4:22-cv-00045-PPS-JEM |
| Plaintiff, | : : : | NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF (ECF 22) |
| vs. | : : | |
| INOTIV, INC., et al., | : : | |
| Defendants. | : : : | |

4889-8225-7201.v1

PLEASE TAKE NOTICE that City of Pontiac General Employees' Retirement System and City of Pontiac Police and Fire Retirement System (the "Pontiac Retirement Systems") hereby withdraw their motion for appointment as lead plaintiff (ECF 22).  This withdrawal is without prejudice to the Pontiac Retirement Systems' ability to participate in any future settlement as putative class members.

DATED:  September 7, 2022

Respectfully submitted,

PARR RICHEY FRANDSEN
  PATTERSON & KRUSE, LLP
JAMES A.L. BUDDENBAUM (14511-49)

s/ James A.L. Buddenbaum
JAMES A.L. BUDDENBAUM

251 North Illinois Street, Suite 1800
Indianapolis, IN  46204
Telephone:  317/269-2500
317/269-2514 (fax)
jbuddenbaum@parrlaw.com

Local Counsel for Proposed Lead Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

4889-8225-7201.v1

        ASHERKELLY
        CYNTHIA J. BILLINGS-DUNN
        MATTHEW I. HENZI
        25800 Northwestern Highway, Suite 1100
        Southfield, MI  48075
        Telephone:  248/746-2710
        248/747-2809 (fax)
        cbdunn@asherkellylaw.com
        mhenzi@asherkellylaw.com

        Additional Counsel for Proposed Lead Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 7, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        s/ James A.L. Buddenbaum
        JAMES A.L. BUDDENBAUM

        PARR RICHEY FRANDSEN
            PATTERSON & KRUSE, LLP
        251 North Illinois Street, Suite 1800
        Indianapolis, IN  46204
        Telephone:  317/269-2500
        317/269-2514 (fax)

        Email:  jbuddenbaum@parrlaw.com