UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>Defendants. | Case No: 4:22-cv-00045-PPS-JEM<br><br>**Judge Philip P. Simon**<br><br>**CLASS ACTION** |

**PLAINTIFF SERGIO GROBLER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that Plaintiff Sergio Grobler ("Plaintiff"), by and through his undersigned counsel, hereby voluntarily dismisses his claims in the above-captioned action without prejudice as to Plaintiff only, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. No defendant has served an answer to the complaint nor moved for summary judgment.

The claims will continue to be pursued by the lead plaintiff appointed pursuant to the PSLRA. 15 U.S.C. § 78u-4 *et seq*.

Dated: September 8, 2022                Respectfully submitted,

*/s/ Brad A. Catlin*
Brad A. Catlin, Atty. No. 21570-29
WILLIAMS & PIATT, LLC
1101 North Delaware Street
Indianapolis, IN 46202
317.633.5270
F: 317.426.3348
brad@williamspiatt.com

*Liaison Counsel for Sergio Grobler*

1

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (pro hac vice to be filed)
Laurence M. Rosen, Esq. (pro hac vice to be filed)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Sergio Grobler*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brad A. Catlin*