IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| OKLAHOMA POLICE PENSION and RETIREMENT SYSTEM<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INOTIV, INC., et al.,<br><br>　　　　Defendants. | Case No. 4:22-cv-00045-PPS-JEM<br><br>**Motion to Withdraw Appearance of Attorney William N. Riley** |

William N. Riley respectfully moves the Court to withdraw his appearance as counsel for Movant, Rowena Ochoa in the above captioned matter. In support, counsel states:

　　1.　　William N. Riley entered his appearance on behalf of Movant, Rowena Ochoa, on August 22, 2022, while contemporaneously filing a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

　　2.　　Movant filed her Notice of Non-Opposition to Competing Lead Plaintiff Motions on August 31, 2022.

　　3.　　Movant's claims will continue to be pursued by the lead plaintiff appointed pursuant to PSLRA. 15 U.S.C. § 78u-4 *et seq*.

　　WHEREFORE, Movant Rowena Ochoa respectfully moves the Court for an Order allowing the withdrawal of appearance of William N. Riley, and for all other proper relief.

Dated this 16th day of September, 2022.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　RILEYCATE, LLC

/s/ William N. Riley
William N. Riley, Atty. No. 14941-49
Municipal Drive, Suite 320
Fishers, IN 46038
Telephone: (317) 58-2866
Fax: (317) 458-1785
Email:    wriley@rileycate.com

Counsel for Movant

## Certificate of Service

I hereby certify that on the 16th day of September, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *William N. Riley*
William N. Riley