UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SERGIO GROBLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>Defendants. | Case No. 4:22-cv-00045-PPS-JEM |

**JOINT MOTION TO: (1) AMEND CAPTION; (2) SET DEADLINE FOR LEAD PLAINTIFF TO FILE AN AMENDED COMPLAINT; AND (3) SET DEADLINES IN CONNECTION WITH DEFENDANTS' RESPONSE TO THE AMENDED COMPLAINT**

Court-Appointed Lead Plaintiff Oklahoma Police Pension and Retirement System ("Oklahoma Police" or "Lead Plaintiff") and Inotiv, Inc., Robert W. Leasure, and Beth A. Taylor (collectively, "Defendants"), by and through their respective counsel, jointly move the Court for an order (1) amending the caption; (2) setting a deadline of November 14, 2022 for Lead Plaintiff to file an amended complaint; (3) setting a deadline of January 13, 2023 for Defendants to answer, move, or otherwise respond to the amended complaint; (4) setting a deadline of March 14, 2023 for Lead Plaintiff to file an opposition to Defendants' motion to dismiss; and (5) setting a deadline of April 4, 2023 for Defendants' reply, if any. In support, the parties state:

1. On June 23, 2022, Sergio Grobler ("Grobler") filed a putative class action complaint for violation of the federal securities laws in the above-captioned action ("Action") (ECF No. 1).

2. On July 29, 2022, the Court issued an order staying proceedings in this Action pending the Court's appointment of a Lead Plaintiff and approval of Lead Counsel and directing

the parties to file a status report on further proceedings in this Action or before September 27, 2022 (ECF No. 6, the "Stay Order").

3. On August 22, 2022, Oklahoma Police filed a Motion for Appointment as Lead Plaintiff and Approval of its Selection of Counsel (ECF Nos. 20-21, the "Lead Plaintiff Motion").

4. On September 13, 2022, the Court granted the Lead Plaintiff Motion. (ECF No. 37.)

5. On September 8, 2022, Grobler filed a notice of dismissal of his individual claims in the Action without prejudice, noting that class claims would "continue to be pursued by the lead plaintiff appointed pursuant to the PSLRA." (ECF No. 36.)

6. In compliance with the Stay Order (ECF No. 6), the parties, through their respective counsel, met and conferred regarding a schedule for Lead Plaintiff to file an Amended Complaint and Defendants' filing of a response thereto, and are in agreement regarding the relief requested herein.

7. The parties hereby jointly move the Court for an order that:

A. Going forward, the Action shall be identified as: *In re Inotiv, Inc. Securities Litigation*, Case No. 4:22-cv-00045-PPS-JEM.

B. Every pleading filed in the Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| In re INOTIV, INC. SECURITIES LITIGATION | Case No. 4:22-cv-00045-PPS-JEM |
|---|---|

C. Any other actions that may be hereafter filed in this District which arise out of the same facts and claims as alleged in this Action shall be consolidated into this Action

1

for all purposes once the Court is informed of them. The parties shall notify the Court of any other actions that may be filed outside of this District which may be related to the Action when they become aware of such actions.

D. Lead Plaintiff shall file an operative Amended Complaint no later than November 14, 2022.

E. Defendants shall answer, move, or otherwise respond to the Amended Complaint no later than January 13, 2023.

F. If Defendants move to dismiss the Amended Complaint, the deadline for Lead Plaintiff to file its opposition to any motion to dismiss is no later than March 14, 2023.

G. Defendants shall file any reply in support of a motion to dismiss no later than April 13, 2023.

WHEREFORE, Lead Plaintiff and Defendants respectfully request that the Court enter an Order setting forth the procedures and schedule proposed herein, and for all other appropriate relief.

DATED: September 16, 2022              **COHEN & MALAD, LLP**

                                       */s/ Scott D. Gilchrist*
                                       Scott D. Gilchrist, No. 16720-53
                                       Richard E. Shevitz, No. 12007-49
                                       One Indiana Square, Suite 1400
                                       Indianapolis, IN 46204
                                       Telephone: (317) 214-0321
                                       Facsimile: (317) 636-2593
                                       Email: sgilchrist@cohenandmalad.com
                                              rshevitz@cohenandmalad.com

                                       *Liaison Counsel for Lead Plaintiff*

                                       and

2

**BERMAN TABACCO**

Patrick T. Egan (*pro hac vice* forthcoming)
Steven J. Buttacavoli (*pro hac vice* forthcoming)
Christina L. Gregg (*pro hac vice* forthcoming)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com
         sbuttacavoli@bermantabacco.com
         cgregg@bermantabacco.com

*Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement System and Lead Counsel for the Proposed Class*

**FROST BROWN TODD LLC**

*/s/ Darren A. Craig* (by consent)
Darren A. Craig, Atty. No. 25534-49
201 North Illinois Street, Suite 1900
Indianapolis, IN 46204
Telephone: (317) 237-3800
Facsimile: (317) 237-3900
dcraig@fbtlaw.com
*Local Counsel for Defendants Inotiv, Inc., Robert W. Leasure, and Beth A. Taylor*

**KATTEN MUCHIN ROSENMAN LLP**

Michael J. Diver (*pro hac vice*)
Michael J. Lohnes (*pro hac vice*)
Carrie M. Stickel (*pro hac vice*)
525 West Monroe Street Chicago, Illinois 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
michael.diver@katten.com
michael.lohnes@katten.com
carrie.stickel@katten.com

*Lead Counsel for Defendants Inotiv, Inc., Robert W. Leasure, and Beth A. Taylor*

3

## CERTIFICATE OF SERVICE

I certify that on this 16th day of September, 2022, a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system.

> */s/ Scott D. Gilchrist*
> Scott D. Gilchrist