UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>INOTIV, INC., ROBERT W. LEASURE, and BETH A. TAYLOR,<br><br>　　　Defendants. | Case No. 4:22-cv-00045-PPS-JEM<br><br>Judge Philip P. Simon<br>Magistrate Judge John E. Martin |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated July 29, 2022 (ECF No. 6), Lead Plaintiff Oklahoma Police Pension and Retirement System ("Plaintiff") and Defendants Inotiv, Inc., Robert W. Leasure, and Beth A. Taylor ("Defendants") submit this Joint Status Report with an update on the following:

1.　On September 12, 2022, the Court appointed Oklahoma Police Pension and Retirement System as Lead Plaintiff and approved Berman Tabacco as Lead Counsel on behalf of the proposed class (ECF No. 37).

2.　On September 15, 2022, the Court scheduled a Telephonic Rule 16 Preliminary Pretrial Conference for October 27, 2022, and ordered that the parties submit a joint discovery plan by October 21, 2022 (ECF No. 38).

3.　On September 16, 2022, the parties filed a Joint Motion to: (1) Amend Caption; (2) Set Deadline for Lead Plaintiff to File an Amended Complaint; and (3) Set Deadlines in Connection with Defendants' Response to the Amended Complaint (ECF No. 40) (the "Joint Motion"). The Court has not yet ruled on the Joint Motion.

4.      Defendants currently anticipate filing a motion to dismiss which would be due no later than January 13, 2023, pursuant to the proposed briefing schedule in the Joint Motion. Under the Private Securities Litigation Reform Act (the "PSLRA"), all discovery and other proceedings are stayed during the pendency of a motion to dismiss. In light of the discovery stay under the PSLRA and proposed briefing schedule set forth in the Joint Motion, the parties respectfully request that the Court continue the Telephonic Rule 16 Preliminary Pretrial Conference and the deadline to file a proposed joint discovery plan in accordance with FRCP 26(f) until after the Court rules on any motion to dismiss.

DATED: September 27, 2022

| **KATTEN MUCHIN ROSENMAN LLP** | **COHEN & MALAD, LLP** |
|---|---|
| /s/ Carrie M. Stickel | /s/ Scott D. Gilchrist (with permission) |
| Michael J. Diver (*pro hac vice*) | Scott D. Gilchrist, No. 16720-53 |
| Michael J. Lohnes (*pro hac vice*) | Richard E. Shevitz, No. 12007-49 |
| Carrie M. Stickel (*pro hac vice*) | One Indiana Square, Suite 1400 |
| 525 West Monroe Street | Indianapolis, IN 46204 |
| Chicago, Illinois 60661 | Telephone: (317) 214-0321 |
| Telephone: (312) 902-5200 | sgilchrist@cohenandmalad.com |
| michael.diver@katten.com | rshevitz@cohenandmalad.com |
| michael.lohnes@katten.com | *Liaison Counsel for Lead Plaintiff* |
| carrie.stickel@katten.com | |
| *Lead Counsel for Defendants* | |
| **FROST BROWN TODD LLC** | **BERMAN TABACCO** |
| Darren A. Craig, Atty. No. 25534-49 | Patrick T. Egan (*pro hac vice* forthcoming) |
| 201 North Illinois Street, Suite 1900 | Steven J. Buttacavoli (*pro hac vice* forthcoming) |
| Indianapolis, IN 46204 | Christina L. Gregg (*pro hac vice* forthcoming) |
| Telephone: (317) 237-3800 | One Liberty Square |
| dcraig@fbtlaw.com | Boston, MA 02109 |
| *Local Counsel for Defendants* | Telephone: (617) 542-8300 |
| | pegan@bermantabacco.com |
| | sbuttacavoli@bermantabacco.com |
| | cgregg@bermantabacco.com |
| | *Counsel for Lead Plaintiff* |