UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM,<br>      Plaintiff,<br><br>   v.<br><br>INOTIV, INC., *et al.*,<br>      Defendants. | CAUSE NO.: 4:22-CV-45-PPS-JEM |

**ORDER**

This matter is before the Court on the Joint Motion to: (1) Amend Caption; (2) Set Deadline for Lead Plaintiff to File an Amended Complaint; and (3) Set Deadlines in Connection with Defendants' Response to the Amended Complaint [DE 40], filed on September 16, 2022, and on the Joint Status Report [DE 42], filed on September 27, 2022.

The parties seek leave to amend the caption, to set deadlines consistent with the process set forth in Judge Simon's Order of July 29, 2022, and to stay discovery during the time a motion to dismiss is pending as provided in the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u *et seq*. ("PSLRA").

This is an action alleging violations of the Securities Exchange Act of 1934 and is proceeding in accord with the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u *et seq*. ("PSLRA"). The PSLRA provides that the discovery is to be stayed during the pendency of a motion to dismiss.

Accordingly, noting the agreement of the parties, and that their request comports with the previous orders issued by Judge Simon, the Court hereby **GRANTS** the Joint Motion to: (1) Amend Caption; (2) Set Deadline for Lead Plaintiff to File an Amended Complaint; and (3) Set

1

Deadlines in Connection with Defendants' Response to the Amended Complaint [DE 40]. The Court **ORDERS** that all future filings in this matter reflect the amended caption of In re Inotiv, Inc. Securities Litigation, Cause No. 4:22-cv-45-PPS-JEM, and the Court **DIRECTS** the Clerk of Court to change the caption on the docket. The Court **ORDERS** Lead Plaintiff to file an Amended Complaint on or before **November 14, 2022**, Defendants to answer or otherwise plead to the Amended Complaint on or before **January 13, 2023**. In the event Defendants file a motion to dismiss, the Court **ORDERS** Lead Plaintiff to file its response in opposition on or before **March 14, 2023**, and Defendants to file their reply in support on or before **April 13, 2023**. The Court **CONSTRUES** the Joint Status Report as a motion to stay, and **ORDERS** that discovery is **STAYED** until resolution of the motion to dismiss. The Court **VACATES** the pretrial conference currently set for October 27, 2022, **to be reset, if necessary**, after resolution of the motion to dismiss.

      SO ORDERED this 3rd day of October, 2022.

                              s/ John E. Martin
                              MAGISTRATE JUDGE JOHN E. MARTIN
                              UNITED STATES DISTRICT COURT

cc:    All counsel of record