UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

In re INOTIV, INC.                )
SECURITIES LITIGATION,            )         CAUSE NO.: 4:22-CV-45-PPS-JEM

**ORDER**

This matter is before the Court on the Joint Motion to Set Deadlines in Connection with Defendants' Response to the First Amended Complaint [DE 54], filed on November 23, 2022. The parties request an extension of the previously set briefing schedule based on the filing of a First Amended Complaint on November 23, 2022.

The Court notes that the amended pleading was filed without leave of Court, but the Lead Plaintiff represents in the instant Motion that it was done with agreement of Defendants. The First Amended Complaint adds two additional defendants. Rule 15 provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). No written consent is on the docket, although Plaintiff indicates that Defendants agree to the amendment. The "court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). In this case, justice requires allowing the Lead Plaintiff to amend the Complaint to add the two newly named defendants as they were also allegedly involved in the actions at issue. *See* Fed. R. Civ. P. 20(a)(2). The First Amended Complaint will continue as the operative complaint in this case.

Accordingly, noting the agreement of the parties, the Court hereby **ACCEPTS** the first amended complaint and **ORDERS** Plaintiffs serve the First Amended Complaint on the newly-added defendants in accordance with the Federal Rules of Civil Procedure. The Court **GRANTS** the Joint Motion to Set Deadlines in Connection with Defendants' Response to the First Amended

1

Complaint [DE 54] and **ORDERS** Defendants to answer or otherwise plead to the First Amended Complaint on or before **January 27, 2023**, with any response in opposition to any motion to dismiss to be filed on or before **March 28, 2023**, and Defendants to file any reply in support on or before **April 28, 2023**.

    SO ORDERED this 29th day of November, 2022.

s/ John E. Martin<br>
MAGISTRATE JUDGE JOHN E. MARTIN<br>
UNITED STATES DISTRICT COURT

cc:    All counsel of record