## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

In re                                                                )
INOTIV, INC. SECURITIES LITIGATION )          CAUSE NO. 4:22-cv-45-PPS-JEM
                                                                     )

## ORDER

This matter is before the Court on the Joint Motion to File Oversized Briefs in Connection with Defendants' Motion to Dismiss the First Amended Class Action Complaint [DE 65], filed on January 24, 2023. Defendants request leave to file a brief of not more than forty pages, up to fifteen pages over the Northern District of Indiana's standard limit of twenty-five pages, and a reply brief of not more than twenty pages. *See* N.D. Ind. L.R. 7-1(e). Lead Plaintiff requests lease to file a response brief of not more than forty pages, as well.

Having reviewed the Motion, the Court hereby **GRANTS** the Joint Motion to File Oversized Briefs in Connection with Defendants' Motion to Dismiss the First Amended Class Action Complaint [DE 65].

SO ORDERED this 26th day of January, 2023.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:     All counsel of record