UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| In re INOTIV, INC. SECURITIES LITIGATION | Case No. 4:22-cv-00045-PPS-JEM<br><br>Judge Philip P. Simon<br>Magistrate Judge John E. Martin |

**DEFENDANTS' MOTION TO DISMISS**
**LEAD PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Defendants Inotiv, Inc., Robert W. Leasure, Beth A. Taylor, John E. Sagartz, and Carmen Wilbourn ("Defendants"), by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), to dismiss Lead Plaintiff's First Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 53). In support of their Motion, Defendants are contemporaneously filing (1) a Memorandum in Support of their Motion and (2) a Declaration of Carrie M. Stickel and the exhibits referenced therein.

Dated:  January 27, 2023

Respectfully submitted,

*/s/ Michael J. Diver*

Michael J. Diver (*pro hac vice*)
Michael J. Lohnes (*pro hac vice*)
Carrie M. Stickel (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
michael.diver@katten.com
michael.lohnes@katten.com
carrie.stickel@katten.com
*Lead Counsel for Defendants*

Darren A. Craig, Atty. No. 25534-49
FROST BROWN TODD LLC
201 North Illinois Street
Suite 1900
Indianapolis, Indiana 46204
Telephone: (317) 237-3800
Facsimile: (317) 237-3900
dcraig@fbtlaw.com
*Local Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 27th day of January, 2023, a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system.

*/s/ Michael J. Diver*