## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| In re INOTIV, INC. SECURITIES LITIGATION | Case No. 4:22-cv-00045-PPS-JEM<br><br>Judge Philip P. Simon<br><br>Magistrate Judge John E. Martin |

### DECLARATION OF CARRIE M. STICKEL
### IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

I, Carrie M. Stickel, declare as follows:

1. I am an attorney licensed to practice in the State of Illinois and a partner of Katten Muchin Rosenman LLP. I have been admitted to this Court *pro hac vice* as counsel for Defendants Inotiv, Inc. ("Inotiv"), Robert W. Leasure, Beth A. Taylor, John E. Sagartz, and Carmen Wilbourn ("Defendants"). I am over 18 years of age and am fully competent in all respects to make this Declaration. I have personal knowledge of the facts stated herein, or they are known to me through my duties and responsibilities as counsel for the Defendants.

2. Attached hereto as Exhibit A is an excerpt from a true and accurate copy of Inotiv's (fka Bioanalytical Systems, Inc.) Form 10-K filed with the Securities and Exchange Commission ("SEC") on December 22, 2020.

3. Attached hereto as Exhibit B is an excerpt from a true and accurate copy of an Inotiv Form 8-K, and exhibits thereto, filed with the SEC on September 21, 2021.

4. Attached hereto as Exhibit C is an excerpt from a true and accurate copy of an Inotiv Form 8-K, and exhibits thereto, filed with the SEC on September 21, 2021.

5. Attached hereto as Exhibit D is an excerpt of a true and accurate copy of Inotiv's Preliminary Proxy Statement filed with the SEC on September 24, 2021.

6. Attached hereto as <u>Exhibit E</u> is an excerpt from a true and accurate copy of Inotiv's Definitive Proxy Statement filed with the SEC on October 5, 2021.

7. Attached hereto as <u>Exhibit F</u> is an excerpt from a true and accurate copy of Inotiv's Form 8-K, and exhibits thereto, filed with the SEC on November 5, 2021.

8. Attached hereto as <u>Exhibit G</u> is an excerpt from a true and accurate copy of Inotiv's Form 10-K filed with the SEC on December 21, 2021.

9. Attached hereto as <u>Exhibit H</u> is an excerpt from a true and accurate copy of Inotiv's Form 8-K, and exhibits thereto, filed with the SEC on January 31, 2022.

10. Attached hereto as <u>Exhibit I</u> is an excerpt from a true and accurate copy of Inotiv's Form 10-Q filed with the SEC on February 16, 2022.

11. Attached hereto as <u>Exhibit J</u> are true and accurate copies of Form 4s filed with the SEC on behalf of Robert W. Leasure, Beth A. Taylor, and John E. Sagartz on February 17 and February 18, 2022.

12. Attached hereto as <u>Exhibit K</u> is an excerpt from a true and accurate copy of Inotiv's Form 10-Q filed with the SEC on May 16, 2022.

13. Attached hereto as <u>Exhibit L</u> is a true and accurate copy of Inotiv's Form 8-K filed with the SEC on May 20, 2022.

14. Attached hereto as <u>Exhibit M</u> is a true and accurate copy of Inotiv's Form 8-K, and exhibits thereto, filed with the SEC on June 17, 2022.

15. Attached hereto as <u>Exhibit N</u> is a true and accurate copy of Inotiv's Form 8-K, and exhibits thereto, filed with the SEC on July 20, 2022.

16. Attached hereto as <u>Exhibit O</u> is a true and accurate copy of Inotiv's Form 8-K filed with the SEC on November 17, 2022.

17. Attached hereto as Exhibit P is a true and accurate copy of Envigo's November 11, 2021 Statement on PETA Report, which is available at https://www.virginiamercury.com/wp-content/uploads/2021/11/Envigo-PETA-Action-Holding-FINAL-11NOV21.pdf.

18. Attached hereto as Exhibit Q is a true and accurate copy of the Bloomberg transcript of, and excerpt from, an Inotiv presentation at the Jeffries London Healthcare Virtual Conference on November 16, 2021. The presentation is available at https://ir.inotivco.com/events-and-presentations/events/event-details/2021/Jefferies-London-Healthcare-Conference/default.aspx.

19. Attached hereto as Exhibit R is a true and accurate copy of a certified transcript of a portion of the Virginia Senate Agriculture, Conservation and Natural Resources Committee hearing on February 3, 2022. A video of the hearing is available at https://virginia-senate.granicus.com/MediaPlayer.php?view_id=3&clip_id=4878.

20. Attached hereto as Exhibit S is a true and accurate copy of the S&P Global transcript of the Inotiv Q2 2022 earnings call on May 12, 2022.

21. Attached hereto as Exhibit T is a true and accurate copy of the Craig-Hallum Capital Group LLC report dated February 16, 2022.

22. Attached hereto as Exhibit U is a true and accurate copy of the Lake Street Capital Markets report dated February 18, 2022.

23. Attached hereto as Exhibit V is a true and accurate copy of the Lake Street Capital Markets report dated June 14, 2022.

24. Attached hereto as Exhibit W is a true and accurate copy of the Lake Street Capital Markets report dated November 18, 2022.

25. Attached hereto as Exhibit X is a chart of Inotiv's stock price data throughout the alleged class period of September 21, 2021 through November 16, 2022. The chart was generated

3

on January 24, 2023, via information obtained from NASDAQ (https://www.nasdaq.com/market-activity/quotes/historical).

26. Attached hereto as <u>Exhibit Y</u> is an excerpt from a true and accurate copy of the USDA Animal Care Inspection Guide, taken from the USDA's website on January 26, 2023, at https://www.aphis.usda.gov/animal_welfare/downloads/Animal-Care-Inspection-Guide.pdf.

27. Attached hereto as <u>Exhibit Z</u> are true and accurate copies of USDA inspection reports for the Cumberland Facility, which are available on the USDA's website at https://aphis-efile.force.com/PublicSearchTool/s/inspection-reports.

28. Attached hereto as <u>Exhibit AA</u> is a true and accurate copy of the Envigo webpage at https://www.envigo.com/our-work-with-animals, as of January 27, 2023.

29. Attached hereto as <u>Exhibit BB</u> is a true and accurate copy of the FDA webpage at https://www.fda.gov/patients/learn-about-drug-and-device-approvals/drug-development-process, as of January 27, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 27th day of January, 2023.

*/s/ Carrie M. Stickel*
Carrie M. Stickel

4