UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| In re INOTIV, INC. SECURITIES LITIGATION | Case No. 4:22-cv-00045-PPS-JEM<br><br>Judge Philip P. Simon<br><br>Magistrate Judge John E. Martin |

INDEX OF EXHIBITS
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
LEAD PLAINTIFF'S FIRST AMENDED COMPLAINT

| Ex. | Description |
|---|---|
| A. | Inotiv Form 10-K filed on 12/22/2020 (excerpt) |
| B. | Inotiv Form 8-K filed on 9/21/2021 (excerpt) |
| C. | Inotiv Form 8-K filed on 9/21/2021 (excerpt) |
| D. | Inotiv Preliminary Proxy Statement filed on 9/24/2021 (excerpt) |
| E. | Inotiv Definitive Proxy Statement filed on 10/5/2021 (excerpt) |
| F. | Inotiv Form 8-K filed on 11/5/2021 (excerpt) |
| G. | Inotiv Form 10-K filed on 12/21/2021 (excerpt) |
| H. | Inotiv Form 8-K filed on 1/31/2022 (excerpt) |
| I. | Inotiv Form 10-Q filed on 2/16/2022 (excerpt) |
| J. | Inotiv Form 4s for Leasure, Taylor, and Sagartz filed on 2/17/2022 and 2/18/2022 |
| K. | Inotiv Form 10-Q filed on 5/16/2022 (excerpt) |
| L. | Inotiv Form 8-K filed on 5/20/2022 |
| M. | Inotiv Form 8-K filed on 6/17/2022 |
| N. | Inotiv Form 8-K filed on 7/20/2022 |
| O. | Inotiv Form 8-K filed on 11/17/2022 |

| | |
|---|---|
| P. | Envigo's November 11, 2021 Statement on PETA Report, available at https://www.virginiamercury.com/wp-content/uploads/2021/11/Envigo-PETA-Action-Holding-FINAL-11NOV21.pdf |
| Q. | Jefferies London Healthcare Virtual Conference Transcript and Presentation on 11/16/2021 (excerpt) |
| R. | Certified Transcript of Partial Virginia Senate Agriculture, Conservation and Natural Resources Committee hearing on 2/3/2022, available at https://virginia-senate.granicus.com/MediaPlayer.php?view_id=3&clip_id=4878.2/3/2022 |
| S. | Transcript of Inotiv's Q2 2022 Earnings Call on 5/12/2022 |
| T. | Craig-Hallum Capital Group LLC Report dated 2/16/2022 |
| U. | Lake Street Capital Markets Report dated 2/18/2022 |
| V. | Lake Street Capital Markets Report dated 6/14/2022 |
| W. | Lake Street Capital Markets Report dated 11/18/2022 |
| X. | Inotiv Class Period Share Price Data from https://www.nasdaq.com/market-activity/quotes/historical |
| Y. | USDA Animal Care Inspection Guide (excerpt), available at https://www.aphis.usda.gov/animal_welfare/downloads/Animal-Care-Inspection-Guide.pdf |
| Z. | USDA Inspection Reports for the Cumberland Facility, available at https://aphis-efile.force.com/PublicSearchTool/s/inspection-reports |
| AA. | Envigo's Webpage – Our Work With Animals, available at https://www.envigo.com/our-work-with-animals |
| BB. | FDA's Webpage – The Drug Development Process, available at https://www.fda.gov/patients/learn-about-drug-and-device-approvals/drug-development-process |