# <u>EXHIBIT P</u>



## Envigo Statement on PETA Report

On November 9, 2021, PETA issued several communications claiming to have placed an infiltrator within Envigo's canine breeding facility in Cumberland, Virginia. It also published news and social media releases including edited video footage purportedly captured by this individual.

PETA has made several accusations regarding our canine breeding facility and some of our staff.  Many of these allegations we know to be misleading and lacking important context.  However, any allegations towards our staff or our company are taken seriously, and we have launched an investigation to assess whether any improper actions occurred within the facility.

Envigo has recently participated in two separate USDA inspections at our Cumberland site. We are incorporating the feedback from these visits into operational enhancements already underway. As part of our mission for continuous improvement, the company has invested more than $3 million over the past five years in extensive upgrades and facility improvements to our Cumberland location, which include a new outdoor play area, a new heating system, upgrading enclosure panels, new digital radiography equipment, and upgrades to whelping (birthing) enclosures. The highest quality of animal welfare is a core value of our company and is central to our business.

Our mission at Envigo is to help our customers realize the full potential of their scientific and medical research, which ultimately contributes to significant improvements in the lives of both humans and animals. The use of animals in this critical research is essential for developing lifesaving medicines, medical devices and biologics, such as vaccines. For example, Envigo's animals played an integral role in the development of advanced pacemakers for heart patients as well as in critical research into Parkinson's disease and multiple sclerosis (MS).

We remain steadfast in our commitment to advancing this important work and operating to the highest professional standards.

Ex. P at 1