# **EXHIBIT T**



February 16, 2022
Institutional Research

# QUICK NOTE

# Inotiv, Inc.  BUY

(NOTV - $28.32)  Price Target: $64

**Matt G. Hewitt**
Senior Research Analyst
612-334-6314
matthew.hewitt@craig-hallum.com

**Lucas Baranowski, CFA**
Research Analyst
612-334-8224
lucas.baranowski@craig-hallum.com

**Virtual NDR With Inotiv Reinforces Our Thesis. We Encourage Investors To Take Advantage Of The Current Pullback. Reiterating BUY Rating.**

*Inotiv is a contract research organization (CRO) focused on providing pre-clinical services.*

## OUR CALL

With shares of Inotiv down by nearly 30% in a week, one of the biggest questions we have received from investors is, "Why is the stock down?" Having hosted a virtual NDR with the company on Monday, we remain surprised by the price action and note that there was no change in management's commentary from what we have heard previously. In fact, the message to us couldn't be simpler: both parts of the business are performing well. On the discovery and safety assessment (DSA) side, demand remains robust and some business has actually been turned away due to lack of capacity. This implies that Q1 backlog (up 28.5% Q/Q) could have been even higher if Inotiv was willing to book business for capacity that's still being built. Meanwhile (on the RMS side), our view that non-human primate (NHP) prices represent a significant source of potential upside remains unchanged. Ultimately, we believe it is simply a matter of time before contracts struck at lower prices begin to renew at higher prices, providing upside to revenue and gross profit estimates. We continue to view NOTV as a top pick for 2022 and are reiterating our Buy rating and $64 price target.

## KEY POINTS

### Breaking Down the NHP Opportunity

Following our last note, we have received numerous questions related to NHP (i.e. monkey) pricing. As previously noted, our model currently includes minimal benefit from higher prices. While NHP prices in the spot market have reached ~$20k, many of Inotiv/Envigo's contracts were struck at last year's price levels (which are less than half this amount). Therefore, we have taken a conservative approach with our estimates, which assume NHPs sold in FY22 are sold at prices comparable to last year's levels. Any contracts that roll off and are renewed at the ~$20k level would therefore create upside to our revenue estimates. Since NHPs are purchased from external suppliers, we believe the gross margin percentage on these sales (over the long-term) is likely to settle out at historical levels.

### Multiple Levers to Drive Margin Improvement

In our view, margin improvement is one facet of the Inotiv story that has become clearer in recent weeks. In addition to higher volume, we see several key levers to drive margin improvement, including:

- **Site Consolidation** – As mentioned in our Top Picks note, Envigo is currently building out its facility in Denver, PA, which should allow two other facilities to be closed. Additionally, Inotiv is planning to consolidate RSI's rabbit breeding business (recently acquired) into existing facilities, which should result in additional cost savings. This business was generating ~$2.5M in revenue, but carried ~50% net margins at the time it was acquired (see 2/11/2022 8-K).

- **Envigo Models** – While Inotiv was purchasing some animal models from Envigo prior to the acquisition, we believe they represented a small percentage of the models being used. Inotiv is now in the process of switching to Envigo for more of its studies, which should drive margin improvement.

- **Feed Mill** – Inotiv's acquisition of Envigo included a feed mill that was not being fully utilized. Between feed demand related to Envigo, as well as demand related to the OBRC business (recently acquired), we believe Inotiv is in a position to dramatically increase utilization of this asset, driving additional margin improvement.


**Pharma/Biotech Funding Environment Not Impacting Business**

As most investors are aware, pharma/biotech stocks have experienced significant declines in recent quarters, particularly those of smaller companies. While this has created a more difficult environment for pharma/biotech funding, we didn't see any impact from this in Inotiv's results or backlog. During our NDR, management noted that the company's top 20 customers are primarily concerned about capacity (not funding) and do not have a near-term need to raise capital. We also note that where companies like Medpace (MEDP, not covered) are focused on the clinical portion of the CRO market, Inotiv is focused on the pre-clinical portion (where studies are significantly less expensive). Overall, we view the funding environment as a non-issue for Inotiv, but will continue to monitor this as a potential risk factor.

## STOCK OPPORTUNITY

In our view, Inotiv represents a compelling rollup story in an attractive and growing market (pre-clinical CROs). Our price target of $64 is based upon our DCF model on page 4, which assumes ~8% market growth, steady share gains for Inotiv, and zero contribution from future acquisitions. This target equates to a CY22 EV/Sales multiple of 3.2x, which is roughly in-line with the average for other CROs (see page 5). Given Inotiv's track record of extracting synergies from acquisitions, further M&A is one factor that could provide upside to our target.

## RISKS

We believe an investment in Inotiv involves the following risks:

- **Financing Risk**

  Inotiv filed an S-1 on December 23rd that may be used to issue up to an additional $100M in stock.

- **Acquisition Risk**

  Growth through acquisition represents a core part of Inotiv's strategy. In recent quarters, the company has made frequent acquisitions. If Inotiv fails to successfully integrate an acquisition, its stock price may be adversely affected. Furthermore, if the company is unable to find additional acquisition targets, its ability to expand its service offerings and grow revenue may be limited.

- **Studies Performed with Live Animals**

  Like other Contract Research Organizations (CROs), Inotiv utilizes live animals to test the safety and effectiveness of experimental drugs. While this has been a common practice within the industry for several decades, a shift in attitudes or regulation regarding animal rights and the use of them to perform studies could have an adverse effect on Inotiv's ability to conduct business.

- **Material Weakness in Internal Controls**

  On the Q4'21 earnings call, Inotiv disclosed a restatement related to tax attributes for the Bolder BioPATH acquisition. The restatement resulted in a $4.9M increase in Q3 net income. Related to this, the company also disclosed a material weakness in internal controls, which it is now working to remediate.

*Note: The above list does not purport to be a complete list of risk factors. See the company's 10-K filing for other investment risks.*

CRAIG-HALLUM
CAPITAL GROUP LLC

### Inotiv, Inc.
#### Fiscal Year Ends September

| Income Statement | Fiscal | Dec | Mar | June | Sep | Fiscal | Dec | Mar | June | Sep | Fiscal | Dec | Mar | June | Sep | Fiscal | Fiscal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ thousands) | 2019A | Q1-20A | Q2-20A | Q3-20A | Q4-20A | 2020A | Q1-21A | Q2-21A | Q3-21A* | Q4-21A** | 2021A | Q1-22A | Q2-22E | Q3-22E | Q4-22E | 2022E | 2023E |
| Revenue breakdown: | | | | | | | | | | | | | | | | | |
| Service | 39,048 | 12,142 | 15,191 | 14,852 | 14,992 | 57,177 | 17,032 | 17,902 | 21,924 | 28,974 | 85,832 | 38,176 | 38,668 | 39,244 | 47,517 | 163,606 | 182,762 |
| Product | 4,568 | 776 | 821 | 913 | 782 | 3,292 | 853 | 849 | 968 | 1,102 | 3,772 | 46,035 | 82,450 | 88,700 | 95,200 | 312,385 | 404,668 |
| **Total Revenue** | **43,616** | **12,918** | **16,012** | **15,765** | **15,774** | **60,469** | **17,885** | **18,751** | **22,892** | **30,076** | **89,604** | **84,211** | **121,118** | **127,944** | **142,717** | **475,991** | **587,430** |
| Cost of sales: | | | | | | | | | | | | | | | | | |
| Cost of service revenue | 27,637 | 8,911 | 10,207 | 10,113 | 10,655 | 39,886 | 11,597 | 11,949 | 14,701 | 19,058 | 57,305 | 24,209 | 24,361 | 23,939 | 28,510 | 101,019 | 108,076 |
| Cost of product revenue | 2,781 | 530 | 612 | 588 | 496 | 2,226 | 411 | 522 | 545 | 710 | 2,188 | 40,677 | 72,556 | 71,581 | 69,877 | 254,691 | 295,385 |
| Total cost of sales | 30,418 | 9,441 | 10,819 | 10,701 | 11,151 | 42,112 | 12,008 | 12,471 | 15,246 | 19,768 | 59,493 | 64,886 | 96,917 | 95,520 | 98,387 | 355,710 | 403,461 |
| **GAAP Gross Profit** | **13,198** | **3,477** | **5,193** | **5,064** | **4,623** | **18,357** | **5,877** | **6,280** | **7,646** | **10,308** | **30,111** | **19,325** | **24,201** | **32,424** | **44,330** | **120,281** | **183,969** |
| Operating expenses: | | | | | | | | | | | | | | | | | |
| Selling | 2,914 | 882 | 1,447 | 692 | 701 | 3,722 | 625 | 1,175 | 950 | 1,174 | 3,924 | 2,738 | 2,763 | 2,788 | 2,813 | 11,102 | 11,502 |
| Research and development | 627 | 162 | 162 | 105 | 521 | 950 | 196 | 203 | 107 | 115 | 621 | 0 | 0 | 0 | 0 | 0 | 0 |
| General and administrative | 9,811 | 3,453 | 3,779 | 4,624 | 4,772 | 16,628 | 5,042 | 5,423 | 7,813 | 11,791 | 30,069 | 13,252 | 19,252 | 19,452 | 19,652 | 71,608 | 84,608 |
| Start-up | 0 | | 0 | 0 | 120 | 0 | 120 | 0 | 0 | 479 | 636 | 1,115 | 0 | 0 | 0 | 0 | 0 |
| Amortization of intangible assets | | | | | | | | | | | | 3,396 | 3,396 | 3,396 | 3,396 | 13,584 | 13,584 |
| Other operating expense | | | | | | | | | | | | 33,580 | 8,000 | 0 | 0 | 41,580 | 0 |
| GAAP Operating Expenses | 13,352 | 4,497 | 5,388 | 5,541 | 5,994 | 21,420 | 5,863 | 6,801 | 9,349 | 13,716 | 35,729 | 52,966 | 33,411 | 25,636 | 25,861 | 137,874 | 109,694 |
| **GAAP Operating Income** | **(154)** | **(1,020)** | **(195)** | **(477)** | **(1,371)** | **(3,063)** | **14** | **(521)** | **(1,703)** | **(3,408)** | **(5,618)** | **(33,641)** | **(9,210)** | **6,788** | **18,469** | **(17,593)** | **74,275** |
| Interest and other income: | | | | | | | | | | | | | | | | | |
| Interest expense | (642) | (311) | (392) | (382) | (405) | (1,490) | (347) | (366) | (449) | (520) | (1,682) | (4,828) | (6,382) | (6,382) | (6,382) | (23,973) | (25,526) |
| Other income | 10 | 2 | 10 | 1 | 2 | 15 | 0 | 179 | 1 | 13,240 | 13,420 | (57,727) | 0 | 0 | 0 | (57,727) | 0 |
| Total Interest and Other Income (Expense) | (632) | (309) | (382) | (381) | (403) | (1,475) | (347) | (187) | (448) | 12,720 | 11,738 | (62,555) | (6,382) | (6,382) | (6,382) | (81,700) | (25,526) |
| **GAAP Pre-tax Income** | **(786)** | **(1,329)** | **(577)** | **(858)** | **(1,774)** | **(4,538)** | **(333)** | **(708)** | **(2,151)** | **9,312** | **6,120** | **(96,196)** | **(15,591)** | **407** | **12,088** | **(99,293)** | **48,749** |
| Income tax expense | 4 | 97 | 11 | 21 | 18 | 147 | 33 | 15 | (4,754) | (70) | (4,776) | (12,785) | 100 | 100 | 100 | (12,485) | 4,875 |
| **GAAP Net Income** | **(790)** | **(1,426)** | **(588)** | **(879)** | **(1,792)** | **(4,685)** | **(366)** | **(723)** | **2,603** | **9,382** | **10,896** | **(83,411)** | **(15,691)** | **307** | **11,988** | **(86,808)** | **43,874** |
| Net income attrib. to noncontrolling interests | | | | | | | | | | | | (364) | (350) | (350) | (350) | (1,414) | (1,400) |
| **GAAP Net Income Attrib. to Common** | | | | | | | | | | | | **(83,047)** | **(15,341)** | **657** | **12,338** | **(85,394)** | **45,274** |
| | | | | | | | | | | | | | | | | | |
| GAAP EPS | ($0.08) | ($0.13) | ($0.05) | ($0.08) | ($0.16) | ($0.43) | ($0.03) | ($0.06) | $0.18 | $0.06 | $0.19 | ($3.93) | ($0.64) | $0.03 | $0.51 | ($3.64) | $1.83 |
| Weighted average shares outstanding, diluted | 10,383 | 10,669 | 10,843 | 10,910 | 10,976 | 10,851 | 11,016 | 11,151 | 14,656 | 16,473 | 13,865 | 21,124 | 24,124 | 24,274 | 24,424 | 23,487 | 24,799 |
| | | | | | | | | | | | | | | | | | |
| Adjusted EBITDA | 2,834 | 496 | 1,109 | 894 | 55 | 2,554 | 1,296 | 1,111 | 2,214 | 4,335 | 9,318 | 10,122 | 16,030 | 17,478 | 26,108 | 69,738 | 105,333 |

*Adjusted to reflect restatements  
**Numerator used to calulate GAAP EPS subtracts the gain on fair value remeasurement of convertible notes

| % Revenue Analysis | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Service gross margin | 29.2% | 26.6% | 32.8% | 31.9% | 28.9% | 30.2% | 31.9% | 33.3% | 32.9% | 34.2% | 33.2% | 36.6% | 37.0% | 39.0% | 40.0% | 38.3% | 40.9% |
| Product gross margin | 39.1% | 31.7% | 25.5% | 35.6% | 36.6% | 32.4% | 51.8% | 38.5% | 43.7% | 35.6% | 42.0% | 11.6% | 12.0% | 19.3% | 26.6% | 18.5% | 27.0% |
| **GAAP Gross Margin** | **30.3%** | **26.9%** | **32.4%** | **32.1%** | **29.3%** | **30.4%** | **32.9%** | **33.5%** | **33.4%** | **34.3%** | **33.6%** | **22.9%** | **20.0%** | **25.3%** | **31.1%** | **25.3%** | **31.3%** |
| Selling | 6.7% | 6.8% | 9.0% | 4.4% | 4.4% | 6.2% | 3.5% | 6.3% | 4.1% | 3.9% | 4.4% | 3.3% | 2.3% | 2.2% | 2.0% | 2.3% | 2.0% |
| Research and development | 1.4% | 1.3% | 1.0% | 0.7% | 3.3% | 1.6% | 1.1% | 1.1% | 0.5% | 0.4% | 0.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| General and administrative | 22.5% | 26.7% | 23.6% | 29.3% | 30.3% | 27.5% | 28.2% | 28.9% | 34.1% | 39.2% | 33.6% | 15.7% | 15.9% | 15.2% | 13.8% | 15.0% | 14.4% |
| Start-up | 0.0% | 0.0% | 0.0% | 0.8% | 0.0% | 0.2% | 0.0% | 0.0% | 2.1% | 2.1% | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| GAAP Operating Expenses | 30.6% | 34.8% | 33.6% | 35.1% | 38.0% | 35.4% | 32.8% | 36.3% | 40.8% | 45.6% | 39.9% | 62.9% | 27.6% | 20.0% | 18.1% | 29.0% | 18.7% |
| **GAAP Operating Margin** | **-0.4%** | **-7.9%** | **-1.2%** | **-3.0%** | **-8.7%** | **-5.1%** | **0.1%** | **-2.8%** | **-7.4%** | **-11.3%** | **-6.3%** | **-39.9%** | **-7.6%** | **5.3%** | **12.9%** | **-3.7%** | **12.6%** |
| Tax rate | 0.5% | 7.3% | 1.9% | 2.4% | 1.0% | 3.2% | 9.9% | 2.1% | -221.0% | 0.8% | 78.0% | -13.3% | 0.6% | -24.6% | -0.8% | -12.6% | -10.0% |
| **GAAP Net Margin** | **-1.8%** | **-11.0%** | **-3.7%** | **-5.6%** | **-11.4%** | **-7.7%** | **-2.0%** | **-3.9%** | **11.4%** | **31.2%** | **12.2%** | **-99.1%** | **-13.0%** | **0.2%** | **8.4%** | **-18.2%** | **7.5%** |
| Stock option expense | 0.6% | 0.8% | 0.7% | 1.1% | 1.0% | 0.9% | 1.0% | 1.5% | 2.5% | 2.5% | 2.0% | 28.4% | 0.8% | 0.8% | 0.7% | 5.6% | 0.8% |
| **Adjusted EBITDA Margin** | **6.5%** | **3.8%** | **6.9%** | **5.7%** | **0.3%** | **4.2%** | **7.2%** | **5.9%** | **9.7%** | **14.4%** | **10.4%** | **12.0%** | **13.2%** | **13.7%** | **18.3%** | **14.7%** | **17.9%** |

| % Growth Analysis (Yr/Yr) | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Product revenue | 74.0% | 57.0% | 86.8% | 53.3% | 11.1% | 46.4% | 40.3% | 17.8% | 47.6% | 93.3% | 50.1% | 124.1% | 116.0% | 79.0% | 64.0% | 90.6% | 11.7% |
| Service revenue | 16.9% | -12.8% | -32.3% | -22.1% | -39.5% | -27.9% | 9.9% | 3.4% | 6.0% | 40.9% | 14.6% | 5296.8% | 9611.4% | 9063.2% | 8538.8% | 8181.7% | 29.5% |
| **Total Revenue** | **65.6%** | **49.8%** | **71.4%** | **45.2%** | **6.7%** | **38.6%** | **38.5%** | **17.1%** | **45.2%** | **90.7%** | **48.2%** | **370.8%** | **545.9%** | **458.9%** | **374.5%** | **431.2%** | **23.4%** |
| GAAP Gross Profit | 62.6% | 43.7% | 102.8% | 61.8% | -9.2% | 39.1% | 69.0% | 20.9% | 51.0% | 123.0% | 64.0% | 228.8% | 285.4% | 324.1% | 330.1% | 299.5% | 52.9% |
| GAAP Operating Income | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| GAAP EPS from Continuing Operations | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | -84.8% | 715.8% | N/A | N/A |
| Adjusted EBITDA | N/A | 13.8% | 315.4% | 11.6% | -95.9% | -9.9% | 161.3% | 0.2% | 147.7% | 7781.8% | 264.8% | 681.0% | 1342.8% | 689.4% | 502.3% | 648.4% | 51.0% |

CRAIG-HALLUM
CAPITAL GROUP LLC

February 16, 2022

Inotiv, Inc.
Discounted Cash Flow Model

| ($ thousands) | Estimates 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | 475,991 | 587,430 | 649,110 | 723,758 | 814,228 | 924,149 | 1,058,150 | 1,216,873 | 1,399,404 | 1,441,386 |
| Operating Profit | (17,593) | 74,275 | 94,121 | 112,183 | 130,276 | 152,485 | 179,886 | 212,953 | 244,896 | 216,208 |
| Less: Cash taxes paid | 0 | 11,141 | 19,765 | 23,558 | 27,358 | 32,022 | 37,776 | 44,720 | 51,428 | 49,728 |
| **Operating Profit After Tax** | (17,593) | 63,134 | 74,356 | 88,624 | 102,918 | 120,463 | 142,110 | 168,233 | 193,468 | 166,480 |
| Depreciation and amortization | 25,846 | 26,429 | 29,997 | 34,047 | 38,643 | 43,860 | 49,781 | 56,502 | 64,129 | 72,787 |
| Capital expenditures | 50,000 | 20,000 | 21,100 | 22,261 | 23,485 | 24,776 | 26,139 | 27,577 | 29,094 | 30,694 |
| Net investments in working capital | 38,639 | 11,144 | 6,168 | 7,465 | 9,047 | 10,992 | 13,400 | 15,872 | 18,253 | 4,198 |
| **FCF** | (80,386) | 58,419 | 77,085 | 92,946 | 109,030 | 128,554 | 152,351 | 181,285 | 210,250 | 204,375 |
| *PV FCF* | *(73,412)* | *48,722* | *58,712* | *64,651* | *69,259* | *74,576* | *80,714* | *87,710* | *92,899* | *82,468* |

| Perpetual FCF | |
|---|---|
| Base FCF | 204,375 |
| Weighted Avg. Cost of Capital (k) | 9.5% |
| Perpetual Growth Rate (g) | 3.0% |
| Base Year | 2021 |
| Perpetual Start Year | 2031 |
| Perpetual Value | 3,238,558 |
| PV of Perpetual Growth Period | 1,306,804 |
| **Total FCF** | |
| Present Value of FCF | 1,893,103 |
| **Intrinsic Value** | |
| Cash | 40,400 |
| Debt | 335,600 |
| After-tax ESO Liability | 18,479 |
| *Value of Equity* | 1,579,424 |
| Shares Outstanding | 24,800 |
| **Intrinsic Value per Share** | **$63.69** |

| Sensitivity Analysis | | | | | |
|---|---|---|---|---|---|
| Terminal Period Variables | | FCF Growth | | | |
| | | 2.5% | 3.0% | 3.5% | 4.0% |
| | 8.0% | $84.58 | $92.08 | $101.24 | $112.69 |
| | 8.5% | $74.86 | $80.85 | $88.04 | $96.83 |
| Cost of Capital | 9.0% | $66.67 | $71.54 | $77.28 | $84.18 |
| | 9.5% | $59.69 | **$63.69** | $68.35 | $73.87 |
| | 10.0% | $53.66 | $56.99 | $60.83 | $65.31 |
| | 10.5% | $48.41 | $51.21 | $54.41 | $58.09 |

CRAIG-HALLUM
CAPITAL GROUP LLC

February 16, 2022

| | Contract Research Organizations (CROs) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Company | Current Price | Mkt Cap. ($ mil) | EV ($ mil) | Net Cash per Share | CY22 Sales ($ mil) | CY22 EPS | CY22 Sales Growth | CY23 Sales Growth | CY22 EBITDA Margin | CY23 EBITDA Margin | CY22 EV/S | CY23 EV/S | CY22 P/E | CY23 P/E | CY22 EV/EBITDA | CY23 EV/EBITDA |
| CRL | Charles River Laboratories International, Inc. | $312.63 | $15,777 | $18,730 | ($58.51) | $3,957 | $11.62 | 12% | 11% | 26% | 27% | 4.7x | 4.3x | 26.9x | 23.4x | 18.3x | 15.9x |
| MEDP | Medpace Holdings, Inc. | $138.87 | $4,991 | $4,673 | $8.85 | $1,301 | $5.55 | 14% | 15% | 21% | 21% | 3.6x | 3.1x | 25.0x | 21.8x | 17.2x | 14.7x |
| IQV | IQVIA Holdings Inc | $228.64 | $43,679 | $54,600 | ($57.17) | $14,905 | $10.14 | 7% | 10% | 22% | 23% | 3.7x | 3.3x | 22.6x | 19.7x | 16.4x | 14.7x |
| CSBR | Champions Oncology, Inc. | $7.73 | $104 | $109 | ($0.35) | $54 | $0.18 | 17% | N/A | 6% | N/A | 2.0x | N/A | 42.3x | N/A | 31.4x | N/A |
| ICLR | ICON Plc | $242.36 | $19,728 | $24,898 | ($63.52) | $7,932 | $11.61 | 44% | 8% | 18% | 18% | 3.1x | 2.9x | 20.9x | 18.0x | 17.9x | 16.1x |
| SYNH | Syneos Health, Inc. Class A | $82.17 | $8,520 | $11,602 | ($29.72) | $5,706 | $5.14 | 9% | 9% | 15% | 15% | 2.0x | 1.9x | 16.0x | 14.0x | 13.5x | 12.0x |
| | | | | | Median | | | 13% | 10% | 19% | 21% | 3.4x | 3.1x | 23.8x | 19.7x | 17.6x | 14.7x |
| | | | | | Average | | | 17% | 11% | 18% | 21% | 3.2x | 3.1x | 25.6x | 19.4x | 19.1x | 14.7x |
| | **CURRENT VALUATION** | | | | | | | | | | | | | | | | |
| NOTV | Inotiv, Inc. | $28.32 | $702 | $998 | ($11.90) | $530 | $0.26 | 240% | 15% | 16% | 18% | 1.9x | 1.6x | N/A | 14.5x | 12.0x | 9.2x |

Source: FactSet and Craig-Hallum estimates

## REQUIRED DISCLOSURES



Initiate: September 20, 2021 – Rating: Buy – Price Target:  $45
September 22, 2021 – Rating: Buy – Price Target:  $57
February 2, 2022 – Rating: Buy – Price Target:  $64

*Source: FactSet*

**Ratings definitions:**
**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**
**Improving** means growth rates of key business metrics are generally accelerating. **Stable** means growth rates of key business metrics are generally steady. **Mixed** means growth rates of some key business metrics are positive but others are negative. **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (12/31/2021)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 85% | 29% |
| Hold | 14% | 16% |
| Sell | 1% | 0% |
| Total | 100% | 27% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM expects to receive and intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business. Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

**OTHER DISCLOSURES**

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein. The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

**REGULATION AC CERTIFICATION**

I, Matthew G. Hewitt, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.