# **<u>EXHIBIT X</u>**

## Inotiv, Inc. Common Stock Historical Stock Prices

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 9/21/2021 | $49.93 | 474346 | $40.05 | $50.33 | $40.05 |
| 9/22/2021 | $34.11 | 1514139 | $43.19 | $44.14 | $33.53 |
| 9/23/2021 | $33.71 | 879487 | $33.63 | $34.22 | $32.81 |
| 9/24/2021 | $34.32 | 301256 | $33.32 | $34.33 | $32.72 |
| 9/27/2021 | $32.65 | 229136 | $34.29 | $34.57 | $32.28 |
| 9/28/2021 | $31.49 | 131677 | $32.89 | $32.99 | $31.30 |
| 9/29/2021 | $28.62 | 276343 | $31.09 | $32.47 | $28.21 |
| 9/30/2021 | $29.24 | 94097 | $28.96 | $29.66 | $28.38 |
| 10/1/2021 | $30.56 | 115248 | $29.15 | $30.74 | $28.50 |
| 10/4/2021 | $30.84 | 151618 | $30.67 | $31.41 | $29.81 |
| 10/5/2021 | $30.55 | 132146 | $30.88 | $31.71 | $30.33 |
| 10/6/2021 | $31.62 | 308118 | $30.55 | $31.97 | $29.50 |
| 10/7/2021 | $33.18 | 512225 | $32.13 | $33.68 | $31.45 |
| 10/8/2021 | $33.60 | 198172 | $33.01 | $34.22 | $32.55 |
| 10/11/2021 | $33.99 | 340254 | $33.82 | $34.51 | $32.48 |
| 10/12/2021 | $34.65 | 278925 | $34.09 | $35.36 | $33.17 |
| 10/13/2021 | $34.86 | 88113 | $34.35 | $34.96 | $33.90 |
| 10/14/2021 | $34.84 | 101686 | $34.88 | $35.31 | $34.06 |
| 10/15/2021 | $34.32 | 127389 | $35.02 | $35.65 | $33.02 |
| 10/18/2021 | $34.28 | 39084 | $34.16 | $34.80 | $33.50 |
| 10/19/2021 | $34.47 | 38671 | $34.36 | $35.10 | $34.20 |
| 10/20/2021 | $33.20 | 346138 | $34.63 | $34.92 | $32.46 |
| 10/21/2021 | $33.31 | 123276 | $32.30 | $33.97 | $32.06 |

| | | | | | |
|---|---|---|---|---|---|
| 10/22/2021 | $33.73 | 87181 | $33.62 | $34.01 | $32.88 |
| 10/25/2021 | $37.66 | 212006 | $33.93 | $37.76 | $33.77 |
| 10/26/2021 | $46.15 | 818107 | $37.87 | $46.42 | $37.87 |
| 10/27/2021 | $45.53 | 365336 | $46.14 | $46.14 | $41.95 |
| 10/28/2021 | $44.39 | 198200 | $45.53 | $45.90 | $43.91 |
| 10/29/2021 | $48.39 | 161261 | $44.25 | $48.99 | $42.27 |
| 11/1/2021 | $50.90 | 624871 | $48.89 | $51.92 | $48.88 |
| 11/2/2021 | $54.74 | 220315 | $50.39 | $54.94 | $50.06 |
| 11/3/2021 | $51.80 | 317620 | $55.16 | $56.14 | $51.01 |
| 11/4/2021 | $52.67 | 105547 | $52.13 | $53.28 | $50.85 |
| 11/5/2021 | $54.72 | 135284 | $53.31 | $55 | $53.21 |
| 11/8/2021 | $52.41 | 120432 | $55 | $55 | $50.15 |
| 11/9/2021 | $52.62 | 183751 | $52.57 | $54.40 | $50.17 |
| 11/10/2021 | $50.98 | 118238 | $52.50 | $52.75 | $50.40 |
| 11/11/2021 | $51.04 | 90819 | $51 | $52.66 | $50.28 |
| 11/12/2021 | $55.55 | 81120 | $50.88 | $55.65 | $50.34 |
| 11/15/2021 | $52.75 | 135279 | $56.04 | $57.07 | $51.43 |
| 11/16/2021 | $54.92 | 119581 | $53.25 | $55.17 | $52.11 |
| 11/17/2021 | $53.10 | 112298 | $54.64 | $55.99 | $53.03 |
| 11/18/2021 | $52.98 | 100235 | $53.12 | $53.93 | $51.66 |
| 11/19/2021 | $57.88 | 308016 | $52.29 | $60.66 | $52.21 |
| 11/22/2021 | $52.46 | 257066 | $59.70 | $59.76 | $51.55 |
| 11/23/2021 | $51.57 | 288437 | $52.13 | $53.60 | $46.90 |
| 11/24/2021 | $55.39 | 103266 | $51.78 | $56.54 | $50.47 |

| | | | | | |
|---|---|---|---|---|---|
| 11/26/2021 | $55.25 | 98711 | $53.84 | $58.25 | $52.77 |
| 11/29/2021 | $52.61 | 242012 | $55.85 | $57.49 | $52.18 |
| 11/30/2021 | $52 | 149697 | $53.44 | $54.39 | $50.26 |
| 12/1/2021 | $48.04 | 113084 | $52.19 | $55.21 | $47.48 |
| 12/2/2021 | $46.65 | 184216 | $47.21 | $48.50 | $44.72 |
| 12/3/2021 | $42.88 | 166408 | $46.65 | $46.65 | $42.13 |
| 12/6/2021 | $44.02 | 271426 | $43 | $44.32 | $40.26 |
| 12/7/2021 | $45.57 | 113569 | $45.11 | $46.53 | $44.44 |
| 12/8/2021 | $53.44 | 551787 | $46.40 | $58.88 | $45.21 |
| 12/9/2021 | $50.08 | 139044 | $52.95 | $54.99 | $49.39 |
| 12/10/2021 | $48.28 | 120037 | $50.36 | $51.45 | $47.29 |
| 12/13/2021 | $46.30 | 98538 | $48.32 | $49.31 | $46.12 |
| 12/14/2021 | $46.98 | 98051 | $45.07 | $47.64 | $45.07 |
| 12/15/2021 | $48.52 | 183680 | $46.62 | $48.53 | $45.31 |
| 12/16/2021 | $45.11 | 355921 | $48.09 | $49.05 | $44.53 |
| 12/17/2021 | $42.21 | 554061 | $43.05 | $46.67 | $40.50 |
| 12/20/2021 | $39.84 | 817392 | $39.34 | $41.81 | $37.26 |
| 12/21/2021 | $42.52 | 160835 | $39.73 | $42.75 | $39.73 |
| 12/22/2021 | $44.11 | 149787 | $42.42 | $44.99 | $42.42 |
| 12/23/2021 | $45.44 | 101256 | $44.13 | $45.65 | $44.13 |
| 12/27/2021 | $44.56 | 85500 | $44.52 | $45.95 | $44.14 |
| 12/28/2021 | $42.99 | 80369 | $44.95 | $45.47 | $42.17 |
| 12/29/2021 | $41.03 | 145265 | $43.05 | $43.80 | $40.41 |
| 12/30/2021 | $40.42 | 73378 | $41.03 | $42.18 | $40.27 |

| | | | | | |
|---|---|---|---|---|---|
| 12/31/2021 | $42.07 | 118983 | $40.47 | $42.15 | $40.11 |
| 1/3/2022 | $40.41 | 99458 | $42.07 | $42.78 | $40.19 |
| 1/4/2022 | $37.16 | 505031 | $40.31 | $40.82 | $36.77 |
| 1/5/2022 | $35.39 | 225727 | $37.14 | $37.63 | $34.82 |
| 1/6/2022 | $35.29 | 137548 | $35 | $36.90 | $34.77 |
| 1/7/2022 | $34.45 | 72721 | $35.29 | $35.82 | $34.07 |
| 1/10/2022 | $34.52 | 108567 | $33.71 | $34.85 | $32.61 |
| 1/11/2022 | $35.04 | 128873 | $34.49 | $35.38 | $33.06 |
| 1/12/2022 | $34.67 | 112617 | $35.68 | $36.60 | $34.52 |
| 1/13/2022 | $32.16 | 133823 | $35 | $35 | $31.88 |
| 1/14/2022 | $32.86 | 78909 | $31.71 | $33.25 | $31.60 |
| 1/18/2022 | $32.36 | 174979 | $31.99 | $33.49 | $31.58 |
| 1/19/2022 | $30.71 | 394688 | $32.56 | $33.20 | $29.67 |
| 1/20/2022 | $29.38 | 179975 | $31.35 | $31.75 | $29.11 |
| 1/21/2022 | $27.51 | 341606 | $28.70 | $29.57 | $27.25 |
| 1/24/2022 | $27.72 | 700782 | $26.68 | $27.76 | $24.52 |
| 1/25/2022 | $26.85 | 166011 | $27 | $28 | $26.20 |
| 1/26/2022 | $26.06 | 135339 | $27.74 | $28.29 | $25.68 |
| 1/27/2022 | $27.18 | 305847 | $26.33 | $27.57 | $26.33 |
| 1/28/2022 | $27.63 | 146143 | $27.29 | $28.11 | $26.60 |
| 1/31/2022 | $31.99 | 267201 | $28.01 | $32.23 | $28 |
| 2/1/2022 | $30.76 | 309465 | $31.58 | $32.99 | $30.07 |
| 2/2/2022 | $33.22 | 264360 | $31.81 | $33.26 | $30.80 |
| 2/3/2022 | $32.67 | 158174 | $32.15 | $33.66 | $32.15 |

| | | | | | |
|---|---|---|---|---|---|
| 2/4/2022 | $34.06 | 209189 | $32.62 | $34.67 | $31.61 |
| 2/7/2022 | $35.66 | 140702 | $34.41 | $35.78 | $34.07 |
| 2/8/2022 | $38.25 | 244608 | $35.10 | $38.33 | $35.10 |
| 2/9/2022 | $39.78 | 227830 | $38.38 | $40.13 | $38.30 |
| 2/10/2022 | $38.47 | 218340 | $38.62 | $40.39 | $37.97 |
| 2/11/2022 | $32.33 | 429250 | $38.73 | $42.63 | $32.11 |
| 2/14/2022 | $27.89 | 443945 | $32 | $32.23 | $27.73 |
| 2/15/2022 | $28.32 | 334391 | $28.05 | $29.50 | $27.33 |
| 2/16/2022 | $23.59 | 917197 | $27.59 | $27.59 | $23.35 |
| 2/17/2022 | $20.29 | 907763 | $23.35 | $23.54 | $19.65 |
| 2/18/2022 | $23.26 | 1138941 | $21.12 | $24.95 | $21.01 |
| 2/22/2022 | $25.66 | 862695 | $23.44 | $26.23 | $22.66 |
| 2/23/2022 | $22.67 | 411623 | $25.07 | $25.94 | $22.32 |
| 2/24/2022 | $24 | 350405 | $22.30 | $24.50 | $22.30 |
| 2/25/2022 | $25.11 | 174297 | $24.25 | $25.17 | $23.50 |
| 2/28/2022 | $26.43 | 255666 | $24.62 | $26.81 | $24.62 |
| 3/1/2022 | $25.93 | 281269 | $26.18 | $26.43 | $24.88 |
| 3/2/2022 | $26.15 | 122458 | $26.22 | $26.92 | $25.52 |
| 3/3/2022 | $25.60 | 213775 | $26.51 | $27.10 | $24.96 |
| 3/4/2022 | $23.99 | 164639 | $25.35 | $25.61 | $23.57 |
| 3/7/2022 | $23.21 | 218846 | $23.69 | $24 | $22.67 |
| 3/8/2022 | $23.02 | 168867 | $22.96 | $23.85 | $22.32 |
| 3/9/2022 | $23.77 | 191617 | $23.93 | $25.25 | $23.55 |
| 3/10/2022 | $23.04 | 227096 | $23.05 | $23.75 | $22.12 |

| | | | | | |
|---|---|---|---|---|---|
| 3/11/2022 | $20.74 | 368041 | $23.58 | $23.58 | $20.59 |
| 3/14/2022 | $18.52 | 540438 | $21.08 | $21.08 | $18.33 |
| 3/15/2022 | $20.34 | 313750 | $18.84 | $20.60 | $18.81 |
| 3/16/2022 | $22.52 | 333839 | $20.97 | $22.69 | $20.57 |
| 3/17/2022 | $23.42 | 167698 | $22.64 | $23.48 | $22.01 |
| 3/18/2022 | $23.76 | 459885 | $23.49 | $24.66 | $22.88 |
| 3/21/2022 | $23.10 | 156800 | $23.50 | $23.75 | $22.68 |
| 3/22/2022 | $23.65 | 131630 | $23.12 | $23.96 | $23.12 |
| 3/23/2022 | $23.12 | 120810 | $23.40 | $24.58 | $22.59 |
| 3/24/2022 | $22.78 | 146074 | $23.17 | $24.54 | $22.55 |
| 3/25/2022 | $22.78 | 127191 | $22.89 | $22.95 | $22.10 |
| 3/28/2022 | $23.01 | 86726 | $22.83 | $23.39 | $22.25 |
| 3/29/2022 | $24.87 | 157854 | $23.51 | $25.01 | $23.47 |
| 3/30/2022 | $25.67 | 215189 | $24.61 | $25.72 | $24.54 |
| 3/31/2022 | $26.18 | 203745 | $25.62 | $26.45 | $25.00 |
| 4/1/2022 | $24.79 | 173042 | $26.20 | $26.34 | $24.40 |
| 4/4/2022 | $24.54 | 102010 | $24.84 | $25.05 | $23.91 |
| 4/5/2022 | $23.30 | 109725 | $24.39 | $24.39 | $23.02 |
| 4/6/2022 | $23.35 | 104944 | $22.96 | $23.61 | $22.34 |
| 4/7/2022 | $24.62 | 176514 | $23.30 | $24.91 | $23.30 |
| 4/8/2022 | $25.20 | 142135 | $24.56 | $25.37 | $23.92 |
| 4/11/2022 | $24.72 | 120020 | $24.70 | $25.50 | $24.30 |
| 4/12/2022 | $25.42 | 217923 | $24.85 | $25.65 | $24.03 |
| 4/13/2022 | $25.91 | 159632 | $25.56 | $26.83 | $25.12 |

Ex. X at 6

| | | | | | |
|---|---|---|---|---|---|
| 4/14/2022 | $25.34 | 182256 | $25.88 | $26.09 | $24.46 |
| 4/18/2022 | $24.79 | 146229 | $25.19 | $25.37 | $24.14 |
| 4/19/2022 | $24.01 | 131308 | $24.78 | $24.78 | $23.88 |
| 4/20/2022 | $24.71 | 126220 | $24.25 | $24.80 | $22.96 |
| 4/21/2022 | $23 | 97818 | $25 | $25 | $22.78 |
| 4/22/2022 | $21.70 | 123478 | $22.93 | $24.35 | $21.60 |
| 4/25/2022 | $20.67 | 211211 | $21.46 | $21.46 | $20.46 |
| 4/26/2022 | $17.28 | 379042 | $20.44 | $20.50 | $17.19 |
| 4/27/2022 | $17.08 | 503541 | $17.29 | $18.23 | $16.70 |
| 4/28/2022 | $16.02 | 357603 | $17.45 | $17.76 | $15.98 |
| 4/29/2022 | $14.25 | 553068 | $15.79 | $16.20 | $14.11 |
| 5/2/2022 | $14.67 | 343151 | $14.11 | $14.91 | $13.76 |
| 5/3/2022 | $14.56 | 171237 | $14.72 | $15.30 | $14.45 |
| 5/4/2022 | $14.96 | 346884 | $14.53 | $15.10 | $13.44 |
| 5/5/2022 | $14.01 | 178611 | $14.76 | $14.76 | $13.52 |
| 5/6/2022 | $13.60 | 249889 | $13.93 | $13.93 | $13.04 |
| 5/9/2022 | $12.43 | 341332 | $13.12 | $13.42 | $12.23 |
| 5/10/2022 | $12.20 | 259554 | $12.59 | $13.19 | $11.93 |
| 5/11/2022 | $11.61 | 198462 | $12.02 | $12.75 | $11.58 |
| 5/12/2022 | $11.96 | 334323 | $11.42 | $12.79 | $11.25 |
| 5/13/2022 | $16.55 | 1454260 | $15.56 | $17.62 | $14.64 |
| 5/16/2022 | $17.49 | 458536 | $16.25 | $17.65 | $15.90 |
| 5/17/2022 | $18.61 | 559213 | $18.10 | $18.75 | $15.46 |
| 5/18/2022 | $17.82 | 245596 | $18.26 | $19.01 | $17.26 |

| | | | | | |
|---|---|---|---|---|---|
| 5/19/2022 | $18.40 | 187027 | $17.71 | $18.81 | $17.41 |
| 5/20/2022 | $18.33 | 144011 | $18.70 | $18.83 | $17.10 |
| 5/23/2022 | $13.14 | 1314125 | $17.38 | $17.38 | $11.87 |
| 5/24/2022 | $13.41 | 822014 | $13 | $14.30 | $12.42 |
| 5/25/2022 | $14.69 | 360253 | $13.36 | $15.09 | $13.32 |
| 5/26/2022 | $15.98 | 340509 | $14.72 | $16.03 | $14.63 |
| 5/27/2022 | $16.47 | 272290 | $16.07 | $16.55 | $15.62 |
| 5/31/2022 | $15.30 | 152064 | $16.29 | $16.93 | $15.22 |
| 6/1/2022 | $14.76 | 167984 | $15.47 | $15.52 | $14.24 |
| 6/2/2022 | $16.54 | 218824 | $14.83 | $16.60 | $14.83 |
| 6/3/2022 | $15.92 | 109131 | $16.06 | $16.74 | $15.51 |
| 6/6/2022 | $15.61 | 98562 | $16.19 | $16.29 | $15.58 |
| 6/7/2022 | $15.79 | 152051 | $15.43 | $16.27 | $15.43 |
| 6/8/2022 | $14.81 | 229400 | $15.54 | $15.72 | $14.44 |
| 6/9/2022 | $14.25 | 148224 | $14.80 | $14.90 | $14.12 |
| 6/10/2022 | $14.06 | 160077 | $13.81 | $14.26 | $13.70 |
| 6/13/2022 | $13.03 | 194593 | $13.31 | $13.90 | $12.91 |
| 6/14/2022 | $12.78 | 181739 | $13.25 | $13.54 | $12.41 |
| 6/15/2022 | $13.10 | 109767 | $12.72 | $13.62 | $12.39 |
| 6/16/2022 | $12.04 | 165904 | $12.61 | $12.66 | $11.85 |
| 6/17/2022 | $11.80 | 208514 | $12.09 | $12.52 | $11.72 |
| 6/21/2022 | $11.83 | 104801 | $12.14 | $12.40 | $11.76 |
| 6/22/2022 | $12.03 | 163717 | $11.60 | $12.20 | $11.55 |
| 6/23/2022 | $11.99 | 151087 | $12.22 | $12.57 | $11.78 |

Ex. X at 8

| | | | | | |
|---|---|---|---|---|---|
| 6/24/2022 | $11.75 | 652742 | $12.29 | $12.47 | $11.57 |
| 6/27/2022 | $11 | 176247 | $11.88 | $11.88 | $10.93 |
| 6/28/2022 | $9.92 | 329508 | $11.02 | $11.02 | $9.89 |
| 6/29/2022 | $9.56 | 236417 | $9.82 | $10.07 | $9.51 |
| 6/30/2022 | $9.60 | 257858 | $9.41 | $9.93 | $9.14 |
| 7/1/2022 | $9.81 | 107841 | $9.51 | $9.92 | $9.32 |
| 7/5/2022 | $10.39 | 215458 | $9.41 | $10.41 | $9.25 |
| 7/6/2022 | $10.67 | 175974 | $10.49 | $10.98 | $10.45 |
| 7/7/2022 | $10.94 | 124015 | $10.75 | $11.21 | $10.75 |
| 7/8/2022 | $11.28 | 188869 | $10.87 | $11.60 | $10.67 |
| 7/11/2022 | $10.59 | 148671 | $11.15 | $11.26 | $10.50 |
| 7/12/2022 | $10.37 | 111879 | $10.44 | $10.90 | $10.27 |
| 7/13/2022 | $10.46 | 142272 | $10.14 | $10.70 | $10.06 |
| 7/14/2022 | $10.12 | 159211 | $10.35 | $10.80 | $10.03 |
| 7/15/2022 | $10.68 | 173795 | $10.47 | $10.72 | $9.88 |
| 7/18/2022 | $12.38 | 328876 | $11.68 | $12.72 | $11.56 |
| 7/19/2022 | $14.39 | 433613 | $12.46 | $14.56 | $12.46 |
| 7/20/2022 | $15.98 | 395944 | $14.22 | $16.37 | $14.22 |
| 7/21/2022 | $16.90 | 260658 | $15.96 | $16.97 | $15.85 |
| 7/22/2022 | $16.52 | 224210 | $17.22 | $17.83 | $15.82 |
| 7/25/2022 | $16.45 | 188822 | $16.47 | $17.77 | $16.12 |
| 7/26/2022 | $16.75 | 100093 | $16.22 | $16.79 | $15.62 |
| 7/27/2022 | $17.08 | 159452 | $16.86 | $17.17 | $16.28 |
| 7/28/2022 | $18.02 | 140847 | $17.24 | $18.36 | $16.60 |

| | | | | | |
|---|---|---|---|---|---|
| 7/29/2022 | $18.68 | 85047 | $17.90 | $18.76 | $17.73 |
| 8/1/2022 | $18.38 | 186269 | $18.44 | $18.85 | $18.19 |
| 8/2/2022 | $18.67 | 136561 | $18.22 | $19.50 | $18.18 |
| 8/3/2022 | $18.44 | 87098 | $18.91 | $19.21 | $18.44 |
| 8/4/2022 | $18.42 | 90331 | $18.43 | $18.80 | $18.25 |
| 8/5/2022 | $18.86 | 123646 | $18.26 | $19 | $17.89 |
| 8/8/2022 | $19.66 | 140511 | $19.27 | $20.38 | $19.16 |
| 8/9/2022 | $19.22 | 126112 | $19.39 | $19.64 | $18.51 |
| 8/10/2022 | $20.73 | 138429 | $19.97 | $20.76 | $19.69 |
| 8/11/2022 | $24 | 527428 | $24.30 | $27.22 | $23.91 |
| 8/12/2022 | $26.17 | 258650 | $24.03 | $26.35 | $23.77 |
| 8/15/2022 | $25.73 | 132992 | $25.57 | $27.13 | $25.48 |
| 8/16/2022 | $25.60 | 109463 | $25.52 | $26.28 | $25.32 |
| 8/17/2022 | $24.99 | 113624 | $24.97 | $26.01 | $24.76 |
| 8/18/2022 | $24.71 | 78905 | $24.90 | $25.18 | $23.73 |
| 8/19/2022 | $20.83 | 442728 | $23.77 | $23.83 | $20.21 |
| 8/22/2022 | $20.63 | 252231 | $20.01 | $21.77 | $20 |
| 8/23/2022 | $19.99 | 101644 | $20.74 | $21.22 | $19.93 |
| 8/24/2022 | $20.89 | 172542 | $19.93 | $21.01 | $19.89 |
| 8/25/2022 | $21.55 | 133753 | $21.24 | $21.80 | $20.85 |
| 8/26/2022 | $20.52 | 126751 | $21.68 | $21.68 | $20.44 |
| 8/29/2022 | $19.77 | 109758 | $20 | $20.45 | $19.47 |
| 8/30/2022 | $19.45 | 75324 | $20 | $20.11 | $19.05 |
| 8/31/2022 | $19.57 | 116341 | $19.77 | $20.25 | $19.16 |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2022 | $19.93 | 145055 | $19.57 | $20.03 | $19.41 |
| 9/2/2022 | $20.31 | 144689 | $20.45 | $20.70 | $19.85 |
| 9/6/2022 | $20.45 | 171666 | $20.50 | $20.68 | $20.11 |
| 9/7/2022 | $20.84 | 152992 | $20.35 | $21.36 | $19.98 |
| 9/8/2022 | $21.74 | 109108 | $20.65 | $21.78 | $20.34 |
| 9/9/2022 | $22.32 | 285159 | $21.93 | $23 | $21.83 |
| 9/12/2022 | $23.69 | 103341 | $22.52 | $23.76 | $22.27 |
| 9/13/2022 | $22.63 | 132150 | $22.71 | $23.55 | $22.39 |
| 9/14/2022 | $22.11 | 170275 | $23.08 | $23.62 | $21.96 |
| 9/15/2022 | $22.80 | 208316 | $21.98 | $24.33 | $21.98 |
| 9/16/2022 | $21.24 | 305180 | $22.31 | $22.46 | $21.21 |
| 9/19/2022 | $21.25 | 125846 | $20.89 | $21.31 | $20.50 |
| 9/20/2022 | $20.50 | 162980 | $21.11 | $21.78 | $20.45 |
| 9/21/2022 | $18.56 | 957783 | $19.34 | $19.84 | $17.89 |
| 9/22/2022 | $18.01 | 195577 | $18.43 | $18.43 | $17.73 |
| 9/23/2022 | $17.64 | 177341 | $17.59 | $17.87 | $17.19 |
| 9/26/2022 | $17.43 | 125163 | $17.39 | $18.23 | $17.09 |
| 9/27/2022 | $17.41 | 224896 | $17.70 | $18.10 | $17.38 |
| 9/28/2022 | $17.64 | 140361 | $17.51 | $17.97 | $17.14 |
| 9/29/2022 | $16.69 | 263692 | $17.26 | $17.33 | $16.03 |
| 9/30/2022 | $16.85 | 717794 | $16.70 | $17.87 | $16.37 |
| 10/3/2022 | $17.74 | 550896 | $17.32 | $17.76 | $16.57 |
| 10/4/2022 | $19.60 | 618067 | $18.94 | $19.97 | $18.48 |
| 10/5/2022 | $20.92 | 451689 | $19.10 | $21.06 | $18.89 |

| | | | | | |
|---|---|---|---|---|---|
| 10/6/2022 | $19.41 | 250384 | $20.90 | $21.22 | $19.37 |
| 10/7/2022 | $19.35 | 123744 | $18.99 | $19.83 | $18.80 |
| 10/10/2022 | $19.50 | 247550 | $19.53 | $19.87 | $18.97 |
| 10/11/2022 | $19.34 | 163642 | $19.37 | $19.86 | $18.75 |
| 10/12/2022 | $19.38 | 125852 | $19.31 | $19.46 | $18.69 |
| 10/13/2022 | $19.95 | 181090 | $18.85 | $20.57 | $18.24 |
| 10/14/2022 | $18.76 | 153449 | $20.22 | $20.52 | $18.48 |
| 10/17/2022 | $19.87 | 130878 | $19.10 | $20.47 | $19.10 |
| 10/18/2022 | $19.90 | 119318 | $20.62 | $20.79 | $19.84 |
| 10/19/2022 | $19.35 | 176664 | $19.36 | $19.89 | $18.49 |
| 10/20/2022 | $19.02 | 87590 | $19.23 | $20.10 | $18.74 |
| 10/21/2022 | $19.31 | 105720 | $19.19 | $19.41 | $18.83 |
| 10/24/2022 | $18.68 | 216234 | $19.48 | $19.48 | $18.39 |
| 10/25/2022 | $22.10 | 1055038 | $19.71 | $22.10 | $19.32 |
| 10/26/2022 | $21.76 | 537413 | $22.10 | $23.37 | $21.54 |
| 10/27/2022 | $20.63 | 110963 | $22.01 | $22.01 | $20.42 |
| 10/28/2022 | $21.38 | 111202 | $20.89 | $21.57 | $20.52 |
| 10/31/2022 | $20.78 | 104002 | $21.17 | $21.37 | $20.42 |
| 11/1/2022 | $20.56 | 96779 | $21.20 | $21.26 | $20.52 |
| 11/2/2022 | $19 | 240409 | $20.44 | $20.62 | $18.90 |
| 11/3/2022 | $18.30 | 181227 | $18.55 | $19.21 | $18.26 |
| 11/4/2022 | $17.93 | 179260 | $18.46 | $18.46 | $17.50 |
| 11/7/2022 | $17.12 | 303852 | $17.93 | $18.30 | $17.08 |
| 11/8/2022 | $16.24 | 298580 | $17.33 | $17.33 | $16.20 |

| | | | | | |
|---|---|---|---|---|---|
| 11/9/2022 | $15.01 | 317839 | $16.14 | $16.25 | $14.91 |
| 11/10/2022 | $17.27 | 289482 | $16.06 | $17.30 | $15.69 |
| 11/11/2022 | $16.48 | 408256 | $17 | $17.26 | $16.10 |
| 11/14/2022 | $16.17 | 275605 | $16.20 | $16.74 | $15.19 |
| 11/15/2022 | $16.48 | 207276 | $16 | $17.19 | $16 |
| 11/16/2022 | $15.85 | 230456 | $16.40 | $16.45 | $15.53 |

*Source: Inotiv, Inc. Common Stock Historical Stock Prices*, NASDAQ, https://www.nasdaq.com/market-activity/stocks/notv/historical (last visited January 25, 2023)