# **EXHIBIT AA**




Home + About Envigo + Our work with animals

# Our work with animals



  



Envigo is a global company that is committed to helping customers realize the full potential of their products and research which contribute to enhancing the lives of people and animals, as well as protecting the environment. The value of animals in this critical research is essential for advancing our understanding of the body in health and disease and for developing new medicines and other compounds. Without animal research, we would not be able to produce the life-changing medicines that enhance and save lives across the world.

⌐ Animal welfare statement

⌐ Concordat on openness

⌐ European Directive 2010-63-EU

⌐ Animal research links

Envigo only works with animals in research when there is no alternative method available or where research is mandated by legal or regulatory requirements. Animal research is currently mandated to:

⌐ Demonstrate the safety and efficacy of new medicines, for people and animals

⌐ Evaluate the safety of chemicals to humans, animals and the environment



As well as research on animals, we use a range of other approaches and methods for research such as cell cultures, in vitro techniques, computer modelling, bioinformatics, high-throughput screening and clinical trials in people. We only work with animals when there is no other way of performing that research; in fact, legislation in many countries state that animal research is not permitted if an alternative non-animal method is available. In addition, we are working to develop alternative techniques that replace and reduce our need to work with animals in research.

At Envigo, animal welfare is a top priority. We adopt a humane and compassionate approach, actively fostering a culture of care toward our animals and aiming to operate at the highest professional standards. Animals that are well cared for allow us to produce better science and more reliable data. We have a company-wide animal welfare policy that defines and drives the standards for our animal care and welfare throughout Envigo.



More than 90 years of working **together**, to build a healthier and safer world

EXPLORE OUR HISTORY  ›



SPEAK TO AN EXPERT

CONNECT TODAY  ›