**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN RE INOTIV, INC. SECURITIES LITIGATION | Case No. 4:22-cv-00045-PPS-JEM |

**NOTICE OF CHANGE OF ADDRESS**

Darren A. Craig, Counsel for Inotiv, Inc., hereby notifies the Court and all counsel of record of a change of firm name from Frost Brown Todd LLC to Frost Brown Todd LLP and change of address, effective immediately, as follows. Please amend your records and update the clerk's record accordingly to reflect the new address and contact information listed below:

Frost Brown Todd LLP
111 Monument Circle, Suite 4500
Indianapolis, IN  46204

Email addresses and phone numbers remain the same.

FROST BROWN TODD LLP

By:  /s/*Darren A. Craig*
Darren A. Craig, #25534-49
Allison J. Smith, #35366-49
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone:    (317) 237-3800
Facsimile:    (317) 237-3900
Email:        dcraig@fbtlaw.com
              ajsmith@fbtlaw.com

Attorneys for Defendants

0150604.0759735   4884-8362-2478v1