UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

------------------------------------- X
                                      :
In re Inotiv, Inc. Securities Litigation   :   Case No.: 4:22-cv-00045-PPS-JEM
                                      :
                                      :
                                      :
                                      :
                                      :
                                      :
------------------------------------- x

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants Inotiv, Inc., Robert W. Leasure, Beth A. Taylor, John E. Sagartz, DVM, Ph.D., DACVP, and Carmen Wilbourn (collectively, "Defendants"), by and through their undersigned counsel, respectfully move this Court for an extension of the deadline for Defendants to file an Answer to Lead Plaintiff's First Amended Class Action Complaint for Violations of the Federal Securities Laws ("Plaintiff's First Amended Complaint") (ECF No. 53) to May 17, 2024. In support, Defendants state as follows:

1.   On June 23, 2022, Sergio Grobler filed a putative class action complaint against Defendants for alleged violations of the federal securities laws in the above-captioned action ("Action") (ECF No. 1).

2.   On November 29, 2022, Court-appointed lead plaintiff Oklahoma Police Pension and Retirement System ("Plaintiff") filed its First Amended Complaint comprising 141 pages and 326 paragraphs.

3.   On January 27, 2023, Defendants filed a Motion to Dismiss the Action (ECF No. 67), which the Court denied in part on March 29, 2024 (ECF No. 74). The current deadline for Defendants to file their Answer is April 12, 2024.

4. The parties, through their respective counsel, met and conferred regarding Defendants' deadline to file an Answer to Plaintiff's First Amended Complaint and Plaintiff has consented to an extension of that deadline to May 17, 2024.

5. Therefore, Defendants hereby move the Court for an Order extending their deadline to answer Plaintiff's First Amended Complaint to May 17, 2024. Defendants have submitted a proposed order for consideration by the Court.

WHEREFORE, Defendants respectfully request that the Court enter an Order setting forth the deadline proposed herein, and for any other appropriate relief.

Dated: April 11, 2024

/s/ Michael J. Diver
**KATTEN MUCHIN ROSENMAN LLP**
Michael J. Diver (pro hac vice)
Michael J. Lohnes (pro hac vice)
Sarah Eichenberger (pro hac vice forthcoming)
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
Facsimile:(312) 902-1061
michael.diver@katten.com
michael.lohnes@katten.com
sarah.eichenberger@katten.com

*Lead Counsel for Defendants*

and

**FROST BROWN TODD LLC**
Darren A. Craig, Atty. No. 25534-49
111 Monument Circle, Suite 4500
Indianapolis, IN 46204
Telephone: (317) 237-3800
Facsimile:(317) 237-3900
dcraig@fbtlaw.com

*Local Counsel for Defendants*