UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

In re INOTIV, INC.                )
SECURITIES LITIGATION,            )     CAUSE NO.: 4:22-CV-45-PPS-JEM

**ORDER**

This matter is before the Court on a Report of Parties' Planning Meeting [DE 81], filed by the parties on April 26, 2024. The parties submitted an agreed proposed discovery schedule, and pursuant to Federal Rule of Civil Procedure 16(b) the Court must issue a scheduling order. The Court **LIFTS** the stay on the case, and upon review of the report, **ORDERS:**

(1) Rule 26(a)(1) initial exchanges must be completed, but not filed with the Court, by **May 24, 2024**;

(2) The parties' deadline to seek leave to amend the pleadings is **June 8, 2025**;

(3) The deadline to complete all fact discovery is **August 7, 2025**;

(4) Plaintiffs' expert witness disclosures and reports as to class certification issues are to be provided to Defendants by **January 6, 2025**;

(5) Defendants' rebuttal expert witness disclosures and reports as to class certification issues are to be provided to Plaintiffs by **March 6, 2025**;

(6) Reply expert witness disclosures and reports as to class certification issues are due by **April 21, 2025**;

(7) Motion for class certification to be filed by **January 6, 2025**;

(8) Plaintiffs' expert witness disclosures and reports as to all issues other than class certification are to be provided to Defendants by **September 7, 2025**;

(9) Defendants' rebuttal expert witness disclosures and reports as to all issues other than class certification are to be provided to Plaintiffs by **November 7, 2025**;

1

(10) Reply expert witness disclosures and reports as to all issues other than class certification are due by **December 22, 2025**;

(11) The deadline to complete all expert discovery is **January 22, 2026**;

(12) All other dates and deadlines in the parties' planning report through the close of discovery are approved and adopted herein;

(13) The summary judgment deadline per Federal Rule of Procedure 56 shall not apply, and deadlines for dispositive motions and trial-related deadlines will be set by the presiding judge at a later date; and

(14) The parties are ordered to conduct mediation and the deadline for the parties to select a mediator is **January 6, 2025**, and mediation must be completed and a report filed by **January 22, 2026**.

Since the scheduling order has now issued, the Court **VACATES** the Preliminary Pretrial Conference currently scheduled for May 2, 2024.

The parties are reminded of the requirements of Federal Rule of Civil Procedure 11 and the Lawyers' Duties to the Court as laid out in Northern District of Indiana Local Rules Appendix B, specifically the agreement not to "misrepresent, mischaracterize, misquote, or miscite facts or authorities in any oral or written communication to the court" and that a submission with the Court is a certification that "the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument." Fed. R. Civ. P. 11(b)(2).

SO ORDERED this 29th day of April, 2024.

    s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:     All counsel of record