# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE INOTIV, INC. SECURITIES LITIGATION | Case No. 4:22-cv-00045-PPS-JEM |

## DEFENDANTS' UNOPPOSED MOTION FOR A FURTHER EXTENSION OF TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants, by and through undersigned counsel of record, respectfully move this Court for an extension of the deadline to answer Lead Plaintiff's First Amended Class Action Complaint for Violations of the Federal Securities Laws ("Plaintiff's First Amended Complaint") (ECF No. 53) to May 31, 2024. In support, Defendants state as follows:

1. On June 23, 2022, Sergio Grobler filed a putative class action complaint against Defendants for alleged violations of the federal securities laws in the above-captioned action ("Action") (ECF No. 1).

2. On November 29, 2022, Court-appointed lead plaintiff Oklahoma Police Pension and Retirement System ("Plaintiff") filed its First Amended Complaint.

3. On January 27, 2023, Defendants filed a Motion to Dismiss the Action (ECF No. 67), which the Court denied in part on March 29, 2024 (ECF No. 74).

4. By order dated April 11, 2024, the Court extended the deadline for Defendants to answer the First Amended Complaint to May 17, 2024 (ECF No. 77).

5. The parties, through their respective counsel, met and conferred regarding Defendants' deadline to answer Plaintiff's First Amended Complaint and Plaintiff has consented to a further extension of that deadline to May 31, 2024.

6. Therefore, Defendants hereby move the Court for an Order extending their deadline to answer Plaintiff's First Amended Complaint to May 31, 2024. Defendants have submitted a proposed order for consideration by the Court.

WHEREFORE, Defendants respectfully request that the Court enter an Order setting forth the deadline proposed herein, and for any other appropriate relief.

Dated: May 16, 2024

/s/Darren A. Craig
**KATTEN MUCHIN ROSENMAN LLP**

Michael J. Diver (pro hac vice)
Michael J. Lohnes (pro hac vice)
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
Facsimile:(312) 902-1061
michael.diver@katten.com
michael.lohnes@katten.com

*Lead Counsel of Record for Defendants*

**FROST BROWN TODD LLP**

Darren A. Craig, Atty. No. 25534-49
111 Monument Circle, Suite 4500
Indianapolis, IN 46204
Telephone: (317) 237-3800
Facsimile:(317) 237-3900
dcraig@fbtlaw.com

*Local Counsel of Record for Defendants*