**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

In re: INOTIV, INC. SECURITIES
LITIGATION

Case No. 4:22-cv-00045-PPS-JEM

## JOINT MOTION FOR [PROPOSED] STIPULATED PROTECTIVE ORDER

Lead Plaintiff Oklahoma Police Pension and Retirement System and Defendants Inotiv, Inc., Robert W. Leasure Jr., Beth A. Taylor, John E. Sagartz, and Carmen Wilbourn (the "Parties"), by and through their respective counsel, hereby submit this Joint Motion for [Proposed] Stipulated Protective Order pursuant to Federal Rule of Civil Procedure 26(c), and in support state as follows:

1. Discovery in this case may involve information and documents containing confidential commercial, trade secret, or other information maintained as confidential, the public production of which may cause harm to the producing party or a non-party. The Parties therefore jointly move the Court for entry of a Stipulated Protective Order to limit the dissemination of this confidential information to parties directly involved with or associated with this litigation and to govern the use of confidential information in this litigation.

2. The Parties have conferred regarding a proposed stipulated protective order, and have agreed to submit a [Proposed] Stipulated Order to the Court for consideration.

3. The Parties move the Court for entry of the [Proposed] Stipulated Protective Order submitted pursuant to Section II (F) of this Court's CM/ECF Civil and Criminal User Manual.

WHEREFORE, the Parties, by and through their respective counsel, respectfully request that the Court grant this Motion and enter the [Proposed] Stipulated Protective Order as submitted or in a form substantially the same.

DATED: July 11, 2024                    Respectfully submitted,

*/s/ Steven J. Buttacavoli*

**BERMAN TABACCO**

Patrick T. Egan (*pro hac vice*)
Steven J. Buttacavoli (*pro hac vice*)
Justin N. Saif (*pro hac vice*)
Christina L. Gregg (*pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com
        sbuttacavoli@bermantabacco.com
        jsaif@bermantabacco.com
        cgregg@bermantabacco.com


*Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement System and Lead Counsel for the Proposed Class*

and


**COHEN & MALAD, LLP**

Scott D. Gilchrist, No. 16720-53
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 214-0321
Facsimile: (317) 636-2593
Email: sgilchrist@cohenandmalad.com

*Liaison Counsel for Lead Plaintiff*

2

*/s/ Darren A. Craig*

**KATTEN MUCHIN ROSENMAN LLP**
Michael J. Diver (*pro hac vice*)
Michael J. Lohnes (*pro hac vice*)
Carrie M. Stickel (*pro hac vice*)
Bora Ndregjoni (*pro hac vice forthcoming*)
525 West Monroe Street Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile:(312) 902-1061
Email: michael.diver@katten.com
         michael.lohnes@katten.com
         carrie.stickel@katten.com
         bora.ndregjoni@katten.com

Sarah Eichenberger (*pro hac vice*)
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Email: sarah.eichenberger@katten.com

**FROST BROWN TODD LLC**
Darren A. Craig, Atty. No. 25534-49
111 Monument Circle, Suite 4500
Indianapolis, IN 46204
Tel.: (317) 237-3800
Fax: (317) 237-3900
Email: dcraig@fbtlaw.com

*Lead Counsel for Defendants Inotiv, Inc., Robert W. Leasure, Beth A. Taylor, John E. Sagartz, DVM, Ph.D., DACVP, and Carmen Wilbourn*

3

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 11th day of July, 2024, a true and correct copy of the foregoing

document was served on all counsel of record through the Court's CM/ECF system.

Dated: July 11, 2024

*/s/ Steven J. Buttacavoli*
Steven J. Buttacavoli
