UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| In re: INOTIV, INC. SECURITIES LITIGATION | Case No. 4:22-cv-00045-PPS-JEM |

**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

Lead Plaintiff Oklahoma Police Pension and Retirement System respectfully requests that the Court: (i) certify this action as a class action pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3); (ii) appoint Lead Plaintiff as Class Representative of the Class pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3); and (iii) pursuant to Fed. R. Civ. P. 23(g), appoint Berman Tabacco as Class Counsel and CohenMalad, LLP as Class Liaison Counsel. This Motion is based upon the accompanying memorandum of law, accompanying declarations and exhibits, the pleadings and records on file in this case, and such other matters and arguments as the Court may consider.

Dated: February 10, 2025                    /s/ Steven J. Buttacavoli

**BERMAN TABACCO**
Patrick T. Egan (*pro hac vice*)
Steven J. Buttacavoli (*pro hac vice*)
Justin N. Saif (pro hac vice)
Christina L. G. Fitzgerald (*pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com
         sbuttacavoli@bermantabacco.com
         jsaif@bermantabacco.com
         cfitzgerald@bermantabacco.com

1

*Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement System and Lead Counsel for the Proposed Class*

and

**COHENMALAD, LLP**
Scott D. Gilchrist, No. 16720-53
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 214-0321
Facsimile: (317) 636-2593
Email: sgilchrist@cohenandmalad.com

*Liaison Counsel for Lead Plaintiff and the Proposed Class*

### CERTIFICATE OF SERVICE

I certify that on this 10th day of February, 2025, a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system.

Dated: February 10, 2025                     */s/ Steven J. Buttacavoli*
                                             Steven J. Buttacavoli

2