UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| In re: INOTIV, INC. SECURITIES LITIGATION | Case No. 4:22-cv-00045-PPS-JEM |

**DECLARATION OF STEVEN J. BUTTACAVOLI IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Steven J. Buttacavoli, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the Boston office of Berman Tabacco, counsel for Oklahoma Police Pension and Retirement System ("Oklahoma Police" or "Lead Plaintiff") and Lead Counsel for the proposed Class. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and admitted *pro hac vice* to practice in this District. I submit this Declaration in Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel. The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Zachary Nye, Ph.D.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Ginger Sigler in Support of Lead Plaintiff's Motion for Class Certification.

4. Attached hereto as Exhibit C is a true and correct copy of the firm resume of Berman Tabacco.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of CohenMalad, LLP.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 10th day of February, 2025, at Boston, Massachusetts.

*/s/ Steven J. Buttacavoli*
Steven J. Buttacavoli

## CERTIFICATE OF SERVICE

I certify that on this 10th day of February, 2025, a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system.

Dated: February 10, 2025

*/s/ Steven J. Buttacavoli*
Steven J. Buttacavoli