# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| In re: INOTIV, INC. SECURITIES LITIGATION | Case No. 4:22-cv-00045-PPS-JEM |

# DECLARATION OF GINGER SIGLER IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Ginger Sigler, on behalf of Court-appointed Lead Plaintiff Oklahoma Police Pension and Retirement System ("OPPRS" or "Lead Plaintiff"), hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am the Executive Director of OPPRS and am authorized to make this declaration on behalf of OPPRS in support of Lead Plaintiff's motion for class certification and appointment as a class representative for the proposed class in the above-captioned action. Unless otherwise specifically noted, I have personal knowledge about the information in this Declaration and, if called as a witness, could and would competently testify thereto.

2. OPPRS was established by legislative act on January 1, 1981, and is the administrator of a multi-employer, cost-sharing defined benefit pension plan that provides participants with retirement, death, and disability benefits as established by the State of Oklahoma. OPPRS covers substantially all police officers employed by the 157 participating municipalities within the State of Oklahoma and the mission of OPPRS is to provide secure retirement benefits for its members and their beneficiaries. As of June 30, 2024, Oklahoma Police covers 6,172 active members and 4,484 retirees and beneficiaries and, as of September 30, 2022, OPPRS had approximately $3.2 billion in combined assets.

3. As set forth in my certification attached to Lead Plaintiff's First Amended Complaint for Violations of the Federal Securities Laws ("FAC") filed on November 23, 2022,

1

OPPRS purchased Inotiv, Inc. ("Inotiv") common stock during the Class Period. OPPRS did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws.

4. On September 12, 2021, the Court appointed OPPRS as Lead Plaintiff in this action. OPPRS understands that acting as a class representative in this action involves serving as a fiduciary for the benefit of the class of investors in Inotiv common stock that it seeks to represent. I understand that OPPRS owes a fiduciary duty to all members of the class to provide fair and adequate representation, and to continue to work actively with class counsel to obtain the best possible result for the class. OPPRS is willing to serve as representative party on behalf of the class and intends to pursue this litigation for the best interests of all class members.

5. OPPRS has diligently pursued the effective prosecution of this action. To date, OPPRS has authorized the filing of a motion seeking to be appointed Lead Plaintiff; reviewed the FAC and the various other pleadings, motions, discovery requests and responses, and reviewed the Court's related orders and opinions. OPPRS has communicated frequently with outside counsel concerning cases status, Court orders, and strategy, including with respect to pre-trial discovery and the collection of potentially relevant documents and communications from OPPRS's files.

6. OPPRS is, and will continue to be, fully committed to actively prosecuting this action in the best interests of the class. OPPRS will further continue to discharge its obligations to participate in this action by supervising this litigation and its counsel, by producing responsive documents, giving deposition testimony, and (to the extent necessary and appropriate), testifying at trial.

7. OPPRS selected Berman Tabacco as its counsel based on the firm's substantial experience and expertise in prosecuting securities class actions. OPPRS will continue to fulfill its duties to the putative class through its consultation with, and by directing the efforts of, its counsel, Berman Tabacco.

8.   OPPRS will not accept any payment for serving as class representative on behalf of the class beyond OPPRS's *pro rata* share of any recovery, except for any award as may be ordered or approved by the Court in compliance with federal law directly relating to OPPRS's representation of the class.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 3 th day of February, 2025, at Oklahoma City, Oklahoma.

*/s/ Ginger Sigh*