UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| In re INOTIV, INC. ) | |
| SECURITIES LITIGATION ) | CAUSE NO.: 4:22-CV-45-PPS-JEM |

**ORDER**

This matter is before the Court on a Joint Motion to Stay Discovery and Other Deadlines [DE 99], filed March 13, 2025. The parties represent that they are communicating about the possibility of a settlement and request that the Court stay the case, including all case management deadlines and briefing on the pending motion to certify a class and appoint counsel at [DE 96], for ninety days.

On review of the Motion and noting the agreement of the parties, the Court hereby **GRANTS** the Joint Motion to Stay Discovery and Other Deadlines [DE 99], and **ORDERS** that this case is **STAYED**. The Court **ORDERS** the parties to file dismissal papers or a report on the status of the case, including a supplemental Report of Parties' Planning Meeting pursuant to Federal Rule of Civil Procedure 26(f), if needed, no later than **July 1, 2025**. In the interim, the Court **DENIES** Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel [DE 96] and **GRANTS** Plaintiff leave to re-file the motion following the stay.

SO ORDERED this 17th day of March, 2025.

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

cc: All counsel of record