**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

In re: INOTIV, INC. SECURITIES
LITIGATION

Case No. 4:22-cv-00045-PPS-JEM

## ORDER

The parties have jointly moved the Court to extend the stay of discovery and other proceedings in this action. [DE 101]. The Court, having reviewed the Joint Motion to Extend Stay of Discovery and Other Proceedings and being otherwise duly advised, finds good cause to grant the motion.

**ACCORDINGLY**:

The Joint Motion to Extend Stay of Discovery and Other Proceedings [DE 101] is **GRANTED**. All discovery and other pending deadlines in this action are hereby **STAYED** until August 15, 2025. The Parties shall provide a joint status update to the Court by August 22, 2025. If the case has not settled by the time the Parties file their status update, the Parties' status update shall either request that the Court extend the stay or request that the Court set new deadlines for actions affected by the stay.

**SO ORDERED** on June 25, 2025.

    /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT