UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| *In re* INOTIV, INC. SECURITIES LITIGATION | Case No. 4:22-cv-00045-PPS-JEM |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE OF THE SETTLEMENT**

Court-appointed Lead Plaintiff Oklahoma Police Pension and Retirement System ("Oklahoma Police" or "Lead Plaintiff"), on behalf of itself and the Proposed Settlement Class, hereby respectfully submit this unopposed Motion, pursuant to Rule 23 of the Federal Rules of Civil Procedure, requesting that the Court enter an order: (i) preliminarily approving the proposed Settlement with Defendants Inotiv, Inc., Robert W. Leasure, Jr., Beth A. Taylor, John E. Sagartz, and Carmen Wilbourn (collectively, "Defendants"); (ii) preliminarily certifying a Settlement Class; (iii) appointing Lead Plaintiff as Settlement Class Representative and Lead Counsel as Class Counsel for the Settlement Class; (iv) appointing Angeion Group, LLC as the Claims Administrator; (v) approving the form and method for giving notice to Settlement Class Members as provided in the Stipulation and Agreement of Settlement dated September 25, 2025 (the "Stipulation"); and (vi) scheduling a final approval hearing. This Motion is unopposed by Defendants.

If the Court grants preliminary approval of the proposed settlement, Lead Plaintiff respectfully requests that the Court adopt the schedule for mailing and publication of Notice to the Settlement Class, and the deadlines for submitting claims and opting out of—or objecting to—the proposed Settlement, as set forth in the Preliminary Approval Order. A summary of that

schedule is set forth on page 25 of the Memorandum of Law. As discussed therein, the Settlement Fairness Hearing should be scheduled at least 100 days after entry of the Preliminary Approval Order, or at the Court's convenience thereafter.

This Motion is based upon the supporting Memorandum, the Declaration of Steven J. Buttacavoli in support of this motion (the "Buttacavoli Declaration"), the Stipulation (attached as Exhibit 1 to the Buttacavoli Declaration), the Preliminary Approval Order submitted concurrently herewith, and all pleadings and records on file in this action.

| | |
|---|---|
| Dated: September 25, 2025 | /s/ Steven J. Buttacavoli |

**BERMAN TABACCO**
Patrick T. Egan (*pro hac vice*)
Steven J. Buttacavoli (*pro hac vice*)
Justin N. Saif (*pro hac vice*)
Christina L. G. Fitzgerald (*pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com
       sbuttacavoli@bermantabacco.com
       jsaif@bermantabacco.com
       cfitzgerald@bermantabacco.com

*Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement System and Lead Counsel for the Proposed Settlement Class*

and

**COHENMALAD, LLP**
Scott D. Gilchrist, No. 16720-53
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 214-0321
Facsimile: (317) 636-2593
Email: sgilchrist@cohenandmalad.com

2

*Liaison Counsel for Lead Plaintiff and the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of September, 2025, a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system.

Dated: September 25, 2025

*/s/ Steven J. Buttacavoli*
Steven J. Buttacavoli