**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

|  |  |
|---|---|
| *In re* INOTIV, INC. SECURITIES LITIGATION | Case No. 4:22-cv-00045-PPS-JEM |

**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND FOR**
**CERTIFICATION OF THE SETTLEMENT CLASS**

Court-appointed Lead Plaintiff Oklahoma Police Pension and Retirement System ("Oklahoma Police" or "Lead Plaintiff"), on behalf of itself and the Proposed Settlement Class, hereby respectfully submits this Motion, pursuant to Rule 23 of the Federal Rules of Civil Procedure, requesting that the Court enter an order: (i) granting final approval of the Class Settlement; (ii) approving the Plan of Allocation of the Net Settlement Fund, and (iii) certifying the Settlement Class.

In support of this motion, Lead Plaintiff relies on the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and for Certification of the Settlement Class; the Declaration of Steven J. Buttacavoli in Support of: (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Certification of the Settlement Class, and (II) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff Pursuant to 15 U.S.C. § 78u-4(a)(4), and the exhibits thereto; all pleadings and records on file in this Action; and such additional evidence or argument as may be presented at the hearing on this matter previously scheduled by the Court for January 27, 2026.

1

Dated: December 23, 2025

Respectfully Submitted,

*/s/ Steven J. Buttacavoli*

**BERMAN TABACCO**
Patrick T. Egan (*pro hac vice*)
Steven J. Buttacavoli (*pro hac vice*)
Justin N. Saif (*pro hac vice*)
Christina L. G. Fitzgerald (*pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com
          sbuttacavoli@bermantabacco.com
          jsaif@bermantabacco.com
          cfitzgerald@bermantabacco.com

*Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement System and Lead Counsel for the Proposed Settlement Class*

and

**COHENMALAD, LLP**
Scott D. Gilchrist, No. 16720-53
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 214-0321
Facsimile: (317) 636-2593
Email: sgilchrist@cohenandmalad.com

*Liaison Counsel for Lead Plaintiff and the Proposed Settlement Class*

2

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of December, 2025, a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system.


Dated: December 23, 2025                    */s/ Steven J. Buttacavoli*
                                            Steven J. Buttacavoli