**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | |
|---|---|
| *In re* INOTIV, INC. SECURITIES LITIGATION | Case No. 4:22-cv-00045-PPS-JEM |

### LEAD PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARD

Court-appointed Lead Counsel, Berman Tabacco, hereby respectfully move the Court for entry of the [Proposed] Order Awarding Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Award in the above-captioned action (the "Action").

In support of this motion, Lead Counsel rely on the accompanying Memorandum of Law in Support of Lead Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Award; the Declaration of Steven J. Buttacavoli in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Award; all pleadings and records on file in this Action; and such additional evidence or argument as may be presented at the hearing on this matter previously scheduled by the Court for January 27, 2026.

Dated: December 23, 2025

Respectfully Submitted,

*/s/ Steven J. Buttacavoli*

**BERMAN TABACCO**
Patrick T. Egan (*pro hac vice*)
Steven J. Buttacavoli (*pro hac vice*)

1

Justin N. Saif (*pro hac vice*)
Christina L. G. Fitzgerald (*pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com
      sbuttacavoli@bermantabacco.com
      jsaif@bermantabacco.com
      cfitzgerald@bermantabacco.com

*Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement System and Lead Counsel for the Proposed Settlement Class*

and

**COHENMALAD, LLP**
Scott D. Gilchrist, No. 16720-53
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 214-0321
Facsimile: (317) 636-2593
Email: sgilchrist@cohenandmalad.com

*Liaison Counsel for Lead Plaintiff and the Proposed Settlement Class*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 23rd day of December, 2025, a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system.

Dated: December 23, 2025

*/s/ Steven J. Buttacavoli*
Steven J. Buttacavoli

2